_____

MICHAEL A. DAVITT

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

1) ROCKLAND COUNTY

2) TOWN OF RAMAPO

3) ROCKLAND SHERIFFS DEPT.

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

*(check one)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   MICHAEL A. DAVITT
Street Address   3 __ MORTON STREET
County, City   GARNERVILLE,   (ROCKLAND)
State & Zip Code   NEW YORK   10923
Telephone Number   (845) 241-0560

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   ROCKLAND COUNTY
Street Address   11 NEW HEMPSTEAD RD NEW CITY N.Y.

*Rev. 05/2010*

County, City _NEW CITY_ _(ROCKLAND)_
State & Zip Code _NEW YORK_
Telephone Number _638-5100 (845)_

Defendant No. 2    Name _TOWN OF RAMAPO_
Street Address _237 ROUTE 59_
County, City _SUFFERN_ _(ROCKLAND)_
State & Zip Code _NEW YORK_
Telephone Number _845) 357-5100_

Defendant No. 3    Name _ROCKLAND COUNTY SHERIFF DEPARTMENT_
Street Address _55 NEW HEMPSTEAD ROAD_
County, City _NEW CITY_ _(ROCKLAND)_
State & Zip Code _NEW YORK_
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _1ST, 4TH, 14TH AMENDMENT, CIVIL AND HUMAN RIGHTS, AMERICANS WITH DISABILITIES ACT, FREEDOM OF INFORMATION, FAMILY MEDICAL LEAVE ACT, LIFE, LIBERTY, PURSUIT OF HAPPINESS, RELIGION, INTERNMENT, COERCION, WITNESS TAMPERING._

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____
_____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? ROCKLAND COUNTY

B.   What date and approximate time did the events giving rise to your claim(s) occur? IN / AROUND PAST YEAR ALTHOUGH PROGRESSION OF ABUSE VIOLATIONS OF LAW GOING ON FOR YEARS

C.   Facts: #1, 3, ON OR ABOUT 6/13/13 I PENNED A RIGHT TO
SUE LETTER, NAMED WERE SEVERAL ROCKLAND COUNTY DEPTS
INCLUDING COUNTY EXECUTIVE, DISTRICT ATTY, LEGISLATURE
AND SHERIFF AMONG OTHERS. SINCE 2008 I HAD BEEN ATTEMPTING
TO GET COUNTY OFFICIALS TO HONOR MY RIGHTS UNDER CONTRACT
CIVIL SERVICE ROCKLAND, STATE, FEDERAL LAW FOLLOWED DIRECTLY
WITH ANNOUNCE LETTER AND PROGRESSIVE INTIMIDATION,
COERCING TACTICS, BY ROCKLAND SHERIFFS DEPT.. AS OPPOSED
TO IMMEDIATE CORRECTIVE ACTION CALLED FOR BY LAW.
        WITHIN DAY OR TWO OF SUBMITTING DOCTORS LETTER TO RETURN
TO WORK DETERMINANT WROTE A TRESSPASS LETTER HAND DELIVERED
BY SHERIFFS TO MY HOME AND VIOLATED/IGNORED MY ATTEMPTS
VIA CIVIL SERVICE LAW ETC TO RETURN TO WORK. PROTECTED PERSON
RIGHTS UNDER AMERICAN DISABILITIES ACT AND EXERCISE OF MY 1ST,
4TH AMENDMENT RIGHTS, TORTS, WERE VIOLATED REGULARLY TO
SILENCE MY REPORTS OF ILLEGALITIES, VIOLATIONS OF POLICY LAW
RETALIATION, COVERUP, PROGRESSING TO PHYSICAL THREATS SEIZURE
OF DOCUMENTS, PHYSICAL ASSAULT LISTED IN 7, 8, CIVILIAN COMPLAINTS,

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ON OR ABOUT 6/13 RIGHT
HAND THUMB BY PERSON WHO REPEATEDLY SAID HE IS A CIVILIAN
HOWEVER WHEN I SOUGHT HIS ARREST FOR ASSAULT HE TOOK
OUT HIS BRASS BADGE AND CLAIMED TO BE A PLAINCLOTHS
ROCKLAND COUNTY SHERIFFS DETECTIVE AND NOT ARRESTED,
I WAS HOSPITALIZED BECAUSE OF SAME. WIFE DUE IN PART HER
FEAR AUTHORITIES INTIMIDATION COERCIVE TACTICS. MENTAL
PHYSICAL, MONETARY LOSSES DURESS OF TREATMENT ATTEMPT LAWFULL
REDRESS. ASSAULT LOSS OF FREEDOM, RIGHTS, LIBEL, DEFAMATION,
SUBVERSION LOSS OF MY RIGHT TO FULL AND FAIR HEARINGS, DUE PROCESS
AND EQUAL PROTECTION OF LAW/S AS A VETERAN CITIZEN, FALSE
ARREST ILLEGAL DETENTION / TREATMENT.

Rev. 05/2010

(C1)

C.) FACTS 1, 3 CONT'D

SHERIFF WAS MADE AWARE IN WRITING (FIRST CIVILIAN COMPLAINT) THAT STATE AND FEDERAL "DETERMINANTS" WHO "HAS ENGAGED IN OR CONTINUES TO ENGAGE IN" RETALIATION HARASSMENT, SEXUAL, DISCRIMINATION WAS SIGNING LETTERS, ASKING THEM TO DELIVER TO MY HOME, ESCORT/ TRESPASS LETTER ETC ..., ATTEMPT TO STOP LAWFULL PICKET, HANDING OUT OF CAMPAIGN LITERATURE, ASSUALTS,

    NOT ALLOWED AS OTHERS WERE PLACARD IN LEGISLATURE AFTER WHICH OWN ATT'YS (COMPLAINT) SAID I HAD RIGHT TO DO SO.

    * ARREST FOR TRESPASS 6/14/13 WHEN ATTEMPTING TO SEE, DISCUSS RIGHT TO SUE LETTER, CONTINUED VIOLATIONS MY RIGHTS, ROCKLAND HUMAN RIGHTS COMMISSIONER EVEN THOUGH I REMAINED COMPLIANT WITH "ANNOUNCE LETTER" THEN CLAIMING MY ANNOUNCE AND ESCORT LETTER WAS BASED ON "MY PAST BEHAVIOR", ... EXERCISING MY CONSTITUTIONAL RIGHTS, SHERIFF COMPLAINTS, ADDRESSING OFFICALS VIOLATIONS OF POLICY, LAW?

    • MY ARREST (LATER DISMISSED) AND ANNOUNCE/ESCORT ATTRIBUTED TO ANOTHER COUNTY WAS THEN USED AS A REASON WHY I COULD NOT BE ON PROBATION AND NINE MONTH SENTENCE IN ANOTHER COUNTY, "DETERMINANT,

C2)    • AFTER MULTIPLE COMPLAINTS OF ATTEMPTS TO DEMONISE ME, POLITICAL USE OF PSYCHIATRY BY "DETERMINANTS" AND REVELATIONS OF POLICY, ILLEGALLITIES BY LEGISLATIVE REPRESENTATIVE OF TOWN OF RAMAPO, JUDGE SIMON TOWN OF RAMAPO (AS TRANSCRIPTS WILL SHOW IN TRESPASS APPEARANCE) ORDERED A 'PSYCHIATRIC EXAM' FOR NO LAWFULL REASON, AT WHICH TIME I WAS TURNED OVER TO THE ROCKLAND SHERIFFS DEPT, JAILED AND EXAMINED BY PSYCHIATRIST SUBSERVIENT TO "DETERMINANT". BOTH SPECIAL COURT OFFICER AND ASSISTANT DISTRICT ATTORNEY REFUSED TO GIVE THEIR NAMES ON RECORD, FOR KNOWLEDGE?

C2) LIKE ROCKLAND COUNTY RAMAPO TOWN ATTN PRIOR TO THIS COURT APPEARANCE ON 6/25/13 WAS AWARE OF AND GIVEN MY RIGHT TO SUE LETTER, PRIOR. HE ATTEMPTED TO COMPELL ME TO A SOH HEARING PRIOR TO MY FILING SUIT.

C1,2,3  ○ DENIED RELIGIOUS READING MATERIAL AFTER MULTIPLE REQUESTS FOR BIBLE IN JAIL WHERE I WAS NOT ALLOWED A PHONE CALL, TOLD FAMILY WOULD BE CALLED AND NEVER WERE, WAS DENIED/SLEEP DEPRIVED BY OFFICERS FOR DAYS. NOT GIVEN EVEN TOILET PAPER, SOAP, TOWEL OR TOOTHBRUSH WAS LUCID, DENIED SUICIDAL IDEATION, TO "DETERMINANTS" SUBSURVIENT PHYSICAN.

   ○ CONTRARY TO A.D.A. AS A PERSON IN RECOVERY 20+ YEARS AFTER FORCED SLEEP DEPRIVATION OFFERED MOOD ALTERING DRUGS (BENZOS OR NARCOTICS) PURPORTEDLY "TO HELP YOU SLEEP." MY LEGAL PAPERWORK CONCERNING ILLEGAL ARREST/UNLAWFULL DETENTION WAS TAKEN BY OFFICERS WHO BROUGHT ME TO JAIL AND AFTER SEVEREL REQUESTS NEVER RETURNED.

   ○ AFTER PSYCH EXAM AND INTERVIEW SEPERATELY BY TWO PSYCHOLOGISTS IN ROCKLAND COUNTY JAIL, APPEARANCE IN RAMAPO COURT COMPETANCY LETTER ADMITTED AND R.O.R. BY JUDGE, REHANDCUFFED BY SHERIFFS AND TOLD I HAD TO AGAIN HAVE A "PYCH EXAM". ○○ WHILE STILL IN TOWN OF RAMAPO BUILDING. I WAS FORCIBLY TAKEN BY CIRCUITUOUS ROUTE TO GOOD SAMARITAN HOSPITAL (DOCTORS SUB- SURVIENT "DETERMINANT") AND MADE TO GIVE A BLOOD URINE SAMPLE PROBABLY UNDER MISTAKEN BELIEF FORCED SLEEP DEPRIVATION IN JAIL HAD INDUCED ME TO TAKE PROFFERED NARCOTICS, BENZOS,

   ○ FORCED GOOD SAMARITAN VISIT OF OVER 4K WAS THEN BILLED TO ME/MY FAMILY. UNLAWFULL ARREST DETENTION PROGRESSIVE ABUSE MY CIVIL/HUMAN RIGHTS FOR WHISTLEBLOW ING.

C3

4,2,3, PRIOR TO RAMAPO JUDGE PSYCH EXAM ORDER AND
ROCKLAND INCARCERATION I HAD ASKED THOSE NAMED
IN RIGHT TO SUE LETTER TO SETTLE PRIOR TO 7/4/13.

1/20/14 THREE PAGE LETTER TO COUNTY EXECUTIVE ED DAY
FAILURE TO ACT ON APPROX TEN POINT ALLEGATIONS OF
ILLEGALITIES CORRUPTION CITING SPECIFIC STATE, FEDEREL
CONSTITUTIONAL VIOLATIONS, HUMAN RIGHTS, ROCKLAND LAW,
FURTHER HE IS AWARE OF SIX YEAR ATTEMPTS PRIOR
AT HONORING MY LAWFUL REDRESS. FAILURE TO ACT
COLLUSION / ABETTING SAME.

2/4/14 SIX PAGE LETTER ROCKLAND DISTRICT ATTN
ZUGIBE LISTING SPECIFIC VIOLATIONS OF POLICY ROCKLAND,
STATE, HUMAN RIGHTS, FEDERAL LAW HIS OATHS ARE
SWORN TO UPHOLD, COLLUSION FAILURE TO DEFEND ME
THE INNOCENT OR PROSECUTE THE GUILTY OFFICALS
INCLUDING "DETERMINANT" PROMOTED TO HEAD LAW
DEPT, CHANGE OF FREEDOM OF INFORMATION OFFICER /
PROCEDURE THE EFFECT OF HINDERING MY LAWFUL REDRESS
COVER UP EVIDENCE ABETTING MY FURTHER ABUSE SINCE
2005. IGNORING F.O.I. REQUESTS UNIONS PUEL
OFFICERS LAW AND TRANSCRIPT REQUESTS.

HAD MY RIGHTS TO "IMMEDIATE CORRECTIVE ACTION" ROCKLAND
LAW 2004-4 AT A MINIMUM, CALLS FOR SMALL CLAIMS, P.E.R.B.,
72 HEARING, CIVIL SERVICE, STATE FEDERAL "DETERMIN-
ATIONS" THE TAPPAN ZEE INCIDENT ETC. ETC AND ALL
THE COLLABORATION OF MY TRUTH / INJUSTICE I AND MY
FAMILY COULD HAVE BEEN SAVED ME. UNABETTED.
MULTIPLE LETTERS SEEKING INTERVENTION SETTLEMENT PRIOR,
CERTAINLY ENOUGH PROOF FOR PROSECUTION UNDER R.I.C.O.
2/24/14 CHIEF PUBLIC DEFENDER LICOTO CLAIMS
"CONFLICT OF INTEREST" AS ROCKLAND COUNTY HUMAN
RIGHTS COMMISSIONER HAS ALSO NOW DONE? TAXATION
WITHOUT REPRESENTATION. JOB TO DEFEND MY RIGHTS.



C.1/3  PUT ON FAMILY MEDICAL LEAVE IN VIOLATION OF FEDERAL
LAW BY "DETERMINANT" CONTINUED PATTERN OF IGNORING
MY FREEDOM OF INFORMATION LAW REQUESTS (PUBLIC
OFFICERS) AND INFORMATION REGARDING MEDICAL
COVERAGE THEY ACCORDING TO MY STATE, ARE TO PROVIDE.
• LOSS OF MY TWENTY PLUS YEAR RETIREMENT AND BENEFIT
DUE TO THEIR VIOLATION OF MY RIGHTS, ILLEGALITIES.
* COMMUNICATIONS BETWEEN FORMER COUNTY EXECUTIVE
AND "DETERMINANT" REGARDING WHAT COULD "DESTABILISE ME
AND PURSUEING A "TACTIC" TO DO THE SAME. ... NOW EVEN
MORE MALICIOUSLY, OVERTLY. DOCUMENTED TRANSCRIPT
HER "INTIMATE" SEXUAL RELATIONSHIP WITH HIM WHICH
UNDULY EFFECTED MY SUBJUGATION VIOLATION
DUE PROCESS, CIVIL RIGHTS.
• USE OF COUNTY, STATE, FEDERAL TAXPAYER FUNDS TO
DEFEND MULTIPLE OFFICIALS CONTRARY TO "GOOD FAITH"
PROVISIONS AND CLAIMING "INTERNAL WORK PRODUCT"
TO AVOID PROSECUTION HIDE/COVERUP CULPABILITY
CONSPIRACY. ATTEMPTS TO "SEAL" RECORDS, TRANSCRIPTS,
3/4/14 — ADDRESS AND DOZENS OF OTHERS PRIOR
TO ROCKLAND COUNTY LEGISLATURE AND PROOF PRIOR
VIOLATION "IMMEDIATE REPORTING" VIA CERTIFIED
DOCUMENTS. OFFERING FALSE DOCUMENTS FOR FILING
TO WIT BUDGETS THEY WERE AWARE INFLATING TAX
REVENUE, FOR A START. MULTIPLE OFFERS OF SETTLE-
MENT PRIOR COULD HAVE PROTECTED ME FROM MORE
EGGREGIOUS VIOLATIONS OF LAW, LOSSES, ABUSE,
TAXPAYERS ENVIORNMENT OF CORRUPTION, FISCAL CRISIS.
VIOLATION
DUTY VIOLATION OF HONEST SERVICES, NEGLECT OF FIDUCIARY
DUTY, COLLUSION, COERCION TO SILENCE MY APPEALS
ATTEMPTS TO HAVE MY RIGHTS HONORED.

V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. NEW YORK STATE HUMAN RIGHTS PAMPHLET STATES VIOLATION OF THESE RIGHTS "THREATENS THE FOUNDATIONS OF A FREE AND DEMOCRATIC STATE." AS THE VIOLATIONS, COERCIVE ACTS HAVE PROGRESSED I NEED THE COURTS TO BRING CONSEQUENCES TO THOSE WHO HAVE USED THEIR POWER TO OPPRESS AN INNOCENT PERSON, LIKENED TO A DICTATORSHIP.

```
70K XS 6 YEARS = 420          SEEKING QUICKLY
MEDICAL INSURANCE   102       ROCKLAND COUNTY    117.110
DEF COMP 159o    63           ROCKLAND SHERIFF   117.110
"    "  WITHDRAWAL 60         TOWN OF RAMAPO     117.110
LOST DEF GROWTH APP. 65                          351.330.
WITHOUT DAMAGES → 710K
EMOTIONAL, LIBEL, ETC, 1 MILL
               1,711,711.00.
```

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of APRIL , 20 14

Signature of Plaintiff      Michael A. Dowd

Mailing Address      32 MORTON STREET
                     GARNERVILLE, N.Y.
                              10923

Telephone Number     845) 241-5060

Fax Number (if you have one) _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number            _____

Rev. 05/2010

EX 1

PO Petruzzi

AFTER 5 DAYS RETURN TO
ROCKLAND COUNTY DEPARTMENT OF PROBATION
Allison-Parris County Office Building
New City, New York 10956

5/23/13 10AM "SHERIFF NOTIFIED"

Mr. Michael Davitt

12 Morton Street

Garnerville, NY 10923

5/13/13 called Versallone
278-8242 3:16 PM Rockland
probation "sheriffs dept has been
notified and will be present" will sen
copy to him

10923381418

---

## POLICE DIVISION
## ROCKLAND COUNTY SHERIFF'S DEPARTMENT
## NEW CITY, NEW YORK 10956

| LAST NAME | FIRST | INITIAL |
|---|---|---|
| TO: DAVITT Michael | | A |

STREET ADDRESS 32 Morton St

| CITY OR TOWN | STATE | ZIP |
|---|---|---|
| Garnerville | NY | 10923 |

IDENTIFICATION SHOWN          DATE OF BIRTH 7/28/57

### PRE - ARRAIGNMENT BAIL

PRE-ARRAIGNMENT BAIL IS FIXED IN THE FOLLOWING

AMOUNT _____ RECEIPT WHEREOF
IS HEREBY ACKNOWLEDGED AND THE PERSON ARRESTED HEREIN IS
RELEASED FROM CUSTODY TO APPEAR AS HEREIN DIRECTED.

**NOTICE:** IF PROVISION FOR BAIL IS HONORED, OFFICIAL
ACCEPTING BAIL MUST FILL OUT COMPLETE TICKET.
ONLY AFTER RECEIVING BAIL

AUTHORIZED
OFFICER _____

DEPT. &
RANK _____

UPON YOUR FAILURE TO APPEAR AS HEREIN DIRECTED, THE BAIL POSTED WILL BE FORFEITED.

---

### APPEARANCE TICKET
C. P. L. 150.10          22124

YOU ARE HEREBY NOTIFIED TO APPEAR PERSONALLY IN THE

Criminal COURT TOWN OF RAMAPO
237 RT 59
SUFFERN NY 10901

ON June 25th ,19 2013 AT 9:00 AM

TO ANSWER A CHARGE OF Trespass
_____ , AN OFFENSE

COMMITTED IN CITY/TOWN/VILLAGE OF RAMAPO
_____ , NEW YORK

ON THE 14th DAY OF June ,2013 AT 4:20 P.M.

IN VIOLATION OF SECTION 140.05 SUB-DIVISION —

OF THE PENAL LAW LAW OF THE STATE OF NEW YORK.

ISSUED THIS 14th DAY OF June ,2013

OFFICER'S SIGNATURE          0521
                             OFFICER'S IDENTIFICATION NO.

---

**NOTICE:** **DISPOSITION:**
UPON YOUR FAILURE TO APPEAR AS ABOVE DIRECTED, A CRIMINAL SUMMONS OR A WARRANT FOR YOUR ARREST MAY BE ISSUED.

**Notice:** You are entitled to receive a supporting deposition further explaining the charges provided you request such supporting deposition within thirty days
from the date you are directed to appear in court as set forth on this appearance ticket. Do you request a supporting deposition?   ☐ YES   ☐ NO



# Rockland County Sheriff's Office
## Police Division
## Civilian Complaint Form

(Refers GO 501)

## *CONFIDENTIAL*

2.07 PM
6/17/13

Name of complainant: MICHAEL A DAVITT

Contact address? 32 WINTON STREET GARNERVILLE, NY 10923

What phone number? Residence: 429-2329 ___ Work: ___

Date and time of incident: 6/14/13 APPROX 4PM

Location of incident: PROVINCIAL BUILDING (TO DOCE REMARK)

Name of officer(s) or employee(s) against whom complaint is being filed, or other identifying marks (car number, badge number, etc.)

Rank: SERGEANT ___ Name: VERMONT (RESPONSIBLE)

I.D. # ___ Badge: 5621

Vehicle: ___

Name(s)/address/phone number or other identifying information concerning any witnesses, if applicable: MAY 9, 2013 PROBATION OFFICER LETTER "SHERIFFS DEPT WILL BE NOTIFIED OF YOUR APPT TIME AND BE PRESENT"
MAY 09 "TRESSPASS LETTER" HAND DELIVERED BY STATE FED LAW
RETALIATION, DISCRIMINATION, HARASSMENT, DETERMINATION, ONLY 1 GIVEN

Statement of allegation: PHYSICALLY BARED FROM, HANDCUFFED, ARRESTED WHEN ATTEMPTING TO SEE HUMAN RIGHTS COMMISSIONER ATTEMPTING TO SEEK LEGAL REDRESS COERCION, VIOLATIONS OF CONTRACTUAL CIVIL SERVICE COUNTY STATE FED LAW, HONEST TREATMENT, OATHS OF OFFICE, SERGEANT OUTSIDE BUILDING (CHECK PHONE) SAME ONE WHO THREATENED ME WITH HARM/ARREST FOR HAVING PLACARD TO LEGISLATURE COUNTY EXECUTIVE PRESENT? (SELECTIVE ENFORCEMENT) WHEN OTHERS WERE ALLOWED OR CONFIRMED ALLOWED TO DO. CIVIL, HUMAN, CONSTITUTIONAL RIGHTS.

(If further space is needed use reverse side of sheet)

OVER →

I understand that this statement of complaint will be submitted to the Rockland County Sheriff's Department and may be the basis for an investigation. Further, I sincerely and truly declare and affirm that the facts contained herein are complete, accurate, and true to the best of my knowledge and belief. Further, I declare and affirm that my statement has been made by me voluntarily without persuasion, coercion, or promise of any kind.

I understand that, under the regulations of the department, the employee against whom this complaint is filed may be entitled to request a hearing before a board of inquiry. By signing and filing this complaint, I hereby agree to appear before a board of inquiry if requested by the employee, and to testify under oath concerning all matters relevant to this complaint.

The filing of a false statement is a class A misdemeanor in the State of New York. [NYS Penal Law Sect. 135.70]

___
Signature of Complainant

___
Date

Refused to sign ___

___
Signature of Person Receiving Complaint

___
Date and Time Received

INITALLY I WENT TO CHASE BUILDING AFTER ATTEMTING TO FILE LODGE COMPLAINT SEEK HELP FROM RLM NAGUBANDI ROCKLAND HUMAN RIGHTS COMM, TO COMPLY WITH C9 TRESSPASS LETTER I WENT TO RE CHECKED IN WITH D-TAP OFFICE (PRIOR EMPLOYEE RIGHTS) 1ST FLOOR EVEN THOOGH I WAS NOT SEEKING THAT OFFICE.

AFTER BEING TOLD NAGUBANDI WAS MOVED AND OFFICE BELIEVED TO BE IN BUILDING C POMONA I WENT THERE, IMMEDIATELY UPON ENTERING BUILDING I TRIED TO CHECK IN/ANNOCE MYSELF AT LITTLE 2' x 2' ? WINDOW ON LEFT AND WAITED APPROX 5 MINUTES AS WOMAN COULD BE SEEN ON PHONE THERE LESS THEN 10' AWAY, ABRUPTLY AFTER FINISHING HER CALL STAFF CLIENT ? SHE EXITED OFFICE W/O AKNOCLEDGING ME, AFTER WAITING APPROX 5 MORE MINUTES I TURNED OFF BLACK 10-12" PAN IN WINDOW AND WHETLED LIGHTLY IN ATTEMP TO CHECK IN FIND NAGUBANDIS OFFICE,

MEANWHILE A BLACK FEMALE CAME OUT OF OFFICE ON RIGHT AND TOLD ME AFTER ASKING NAGUBANDIS OFFICE WAS RIGHT OUTSIDE OF SECOND FLOOR ELEVATOR, UPON ENTERING I TOLD SHORT HAIRED BLOND WOMAN THERE WHO I WAS AND I INSISTED I SIGN IN AS IT WAS REQUIRED TO ANNOUCE MYSELF STRAIGHT AWAY AS I EXPLAINED TO BLACK MALE IN OUTER OFFICE WITH ME (IT WAS COURTY HARASMENT FOR REPORTING CORRUPTION) TEVIALLY,

WHEN HEAD OF OFFICE WHITE MALE (NAMED LATER) CAME OUT I SAID I THINK YOU NEED TO CALL SECURITY AFTERWHICH HE REFUSED TO CALL NAGUBANDI (HUMAN RIGHTS) OR EVEN TELL ME WHERE HIS OFFICE WAS # OR BUILDING, I SECURITY AND TWO SHERIFFS CAME OUT OF ELEVATOR AND REFUSED TO TAKE ME DOWN VIA STAIRWAY ESCORTING ME DOWN VIA ELEVATOR

SIGNIFICANTLY I EXPLAINED MY THREE ATTEMPTS AT ANNOUNCING MY SELF IMMEDIATELY TO TWO PATROLMAN AND WHEN SERGEANT CAME IN HE NEVER CONFERRED WITH OFFICERS, WAS ON THE PHONE, LITTLE DOUBT WITH A SUPERIOR AND MY ARREST FORGONE CONCLUSION FROM ABOVE,

HE NEVER HEARD MY SIGN PRIOR TO THAT OFFICE OR INDICITITIVE OF AN ESCALATION OF COERCIVE TACTICS I.E. PREVIOUS ASSOALT BY SAME NO CHARGES, * FIRST COMPLAINT (SELF INVESTIGATED) WOO TO US ? STATE AND FEDERAL HARASSMENT, RETALIATION, DISCRIMINATION DETERMIN-ATION AFTER YEARS INVESTIGATION AND WHY DEPARTMENT SHOULD NOT BE ACTING AS MUSCLE FOR SAME, CHECK EVIDENCE, VEASCITY WAS IMPUGED/INCURED INCRGASING VIOLATIONS, OATHS SWORN, MORALE/LEADERSHIP EX GO BEING A NEGATIVE GROUP/ESCALATION, BCGCS, DROP CHARGES FACE FALSE ARREST / SEE INTENT TO SUE LETTER, YOU MUST REMEMBER WATERGATE HEARINGS "THE MISUSE OF POWER IS THE ESSENCE OF TYRANNY" THIS A FEW WEEKS AFTER A JUDGE REMOVED MY PRESENTENCING APPOINTMENT FROM ROCKLAND BECAUSE OF ROCKLANDS/YOUR. PROTECTING OF SAMES BEHAVIOR, IMPLOREING VIOLENCE,

MICHAEL A DAVITT

*[Handwritten note at top right:]*

Mr. Crawellijan 6/2/13
EX-3
Yesterday it was my
intention to hand deliver
enclosed papers threats
to sue letters to all
named parties. After
was told by sheriffs
dept (berry) to mail some.
This is specific as of
only sent law dept
"debbursments" may supplied
Michael C Davitt

COUNTY OF ROCKLA[ND]
DEPARTMENT OF PROBA[TION]
Allison-Parris County Office Buil[ding]
New City, New York 10956
Tel. (845) 638-5544
Fax (845) 638-5648

C. SCOTT VANDERHOEF
County Executive

Michael Davitt
12 Morton Street
Garnerville, NY 10923

May 9, [2013]

Dear: Mr. Davitt

As per the order of the Greenburgh Town Justice Court, relative to your case pending there, you are to undergo an investigation by our department. The initial step requires a personal interview and therefore, an appointment for you has been scheduled with the undersigned Probation Officer on:

__Thursday May 23, 2013, at 10:00am.__

This interview will take place at the Probation Office which is located on the 2nd floor of the Rockland County Office Building, 11 New Hempstead Rd., New City, NY. The Rockland County Sheriff's department will be notified of your appointment time and be present at this office.

The following information. if applicable, should be brought with you to the interview, along with the enclosed questionnaire:

Birth/Baptismal Certificate        Social Security Card         Verification of Education (diploma)
Military Discharge Papers (DD 214)   Alien Registration Card      Driver's License
Verification of Employment (Paystub/W-2 Forms/Tax returns)        Medical/treatment provider records

If your __current__ charge before the Court involves a __Drinking and Driving Offense__ please also bring the following:

Registration, Insurance and .... of all cars you own.

Please be advised that if you do not bring the above information with you to the interview, you may be given a new date subsequent to the interview to provide this information.

Should you have any questions regarding the above, you may contact the undersigned at (845) 708-7127

Thank you for your cooperation.

Very truly yours,

Cherron Petruzzi
Probation Officer

*PS. - If you are under 18 years of age, please have a parent accompany you to this interview.*

Bon Secours Charity Health System
Good Samaritan Hospital
255 Lafayette Ave. (Route 59)
Suffern, New York 10901-4869

CHANGE SERVICE REQUESTED

02/28/14

ACCOUNT IDENTIFICATION

GSHAI4   255233854

|   |   |
| --- | --- |
| Patient: | Michael Davitt |
| Account #: | 16113763 |
| Balance: | $166.22 |
| Service Date: | 06/27/13 |

PERSONAL & CONFIDENTIAL
Michael Davitt
32 Morton St
Garnerville NY 10923-1420

## THIS IS A BILL

Dear Michael Davitt:

We wish to inform you that your account is seriously DELINQUENT! If we do not receive the balance in full within thirty (30) days, we will recommend that the account be referred to a professional collection agency. You will be responsible for the unpaid balance plus reasonable cost of collection, including attorney fees.

Payment may be made either by phone or by mail using your credit card or checking account. If paying your balance in full is not possible, please call our Customer Service Center. They will explain our extended payment options including our financial assistance program to you.

**We look forward to your response to these letter within the next 30 days.**

Payments or adjustments made in the last five (5) days are not reflected in this notice. Please disregard this notice if payment has been made by you or if payment from the insurance carrier has been verified.

Thank you for your assistance.

**This is a final notice.**

For more information regarding our financial assistance program or to print an application please visit
http://charity.bonsecours.com/patients-and-visitors-financial-assistance.html.

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT     224CU104439GSHAI4

......................................................................................................

Make check payable to:
GOOD SAMARITAN HOSPITAL

Please call our Customer Service Center or pay on-line if a credit card payment is needed to be applied to an account.

*Pay on-line:* https://bonsecours.parathon.com or call our Customer Service Center they will be happy to process a credit card payment.

| Date: | 02/28/14 |
| --- | --- |
| Patient: | Michael Davitt |
| Account #: | 16113763 |
| Service Date: | 06/27/13 |
| Balance: | $166.22 |

**Customer Service Center**
Toll Free 888-349-9812
8:30 AM to 1:00 PM
2:00 PM to 5:00 PM
Monday through Friday

**Good Samaritan Hospital**
PO Box 742747
Atlanta GA  30384-2747

Calls/Inquiries may be monitored for quality control.

Please visit us at **www.bonsecours.com** and take advantage of our new online billing tool *Online Account Manager*

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK                    *JUDGE SIMON 6/25/14*                    RAMAPO JUSTICE COURT
ROCKLAND COUNTY                                                              CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

       VS.

MICHAEL A. DAVITT;   Defendant

CASE NO: 13060378

    Date of Birth:   07/28/1957
    Date of Arrest:  06/14/2013
Disposition Date:  10/17/2013

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 140.05 | PL 140.05 | 22124 TRESPASS | DISMISSED | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court, each of the charges was disposed of as indicated.

Dated: The 4th day of March 2014    DAVID J. STEIN
                                       TOWN JUSTICE

                         Hon. David J. Stein

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ____ Court, ____ Defendant, ____ Agency, ____ DA

EX 6

ROCKLAND COUNTY EXECUTIVE          JANUARY 20, 14

EDWARD DAY;                    *SAT 1/25/14 LEFT FRONT
                              TIRE SIDEWALL PUNCTURED

FIRST I WOULD SUGGEST YOU FIND WHAT THE
TAXPAYER PAID LAW FIRM SARETSKY, KATZ, DRANOFF
AND GLASS HAS CHARGED ROCKLAND COUNTY TO
AVERT RESPONSIBILITY REGARDING EMPLOYEE
MALTREATMENT OF MYSELF, OTHERS BY MENTAL
HEALTH COMMISSIONER WALSH-TOZER AND
COUNTY ATTORNEY FORTUNATO.

INSTEAD OF COMPLYING WITH ROCKLAND
COUNTY HUMAN RIGHTS LAW 2004-4 (AT A
MINIMUM) AS WRITTEN, THE LEGISLATURE DID
THE OPPOSITE, ENJOINING ITSELF TO AND
BECOMEING/ABETTING, ESCALATEING PROGRESSIVE
ABUSES, VIOLATEING, STATE, FEDERAL, CONSTITUT-
IONAL RIGHTS, LAW. EXEMPLATIVE OF THIS IS
ACTIONS TAKEN TO COVERUP, SUPPRESS IT'S WRON-
DOING BY INSISTING I BE ESCORTED (TORT) DURING
PUBLIC LEGISLATIVE SESSIONS, SEIZURE OF FREEDOM
OF INFORMATION LAW REQUESTS TO LEGALLY
GARNER EVIDENCE, DISRUPTION MY ATTEMPTS TO
LAWFULLY PICKET, GIVING ME AN ANNOUNCE MYSELF
ESCORT LETTER, SEVEN OR EIGHT SELF INVESTIGATED
SHERIEFS COMPLAINTS (INCLUDING ASSUALT),
VISITS BY SAME TO "HAND DELIVER" TO MY HOME LETTERS
BY "DETERMINANT", AND CORRELATION BETWEEN MY
ATTEMPTS AT JUSTICE, CHRONOLOGY COUNTIES RESPONCES

EX6,2

ROCKLANDS POLITICAL USE OF PSYCHIATRY AND
DEMONIZATION OF MYSELF ONLY SHOW THE VERASCITY
OF MY CLAIMS, RIGHTOUSNESS MY CAUSE, DEMOGAUGORY
ROCKLANDS OUT OF CONTROL OFFICALS, PERHAPS
DETERMINANTS REFUSAL TO DENY AN INTIMATE SEXUAL
RELATIONSHIP WITH THE FORMER COUNTY EXECUTIVE
AND REFUSAL TO ANSWER DOZENS OF QUESTIONS IN
FEDERAL COURT, MY OTHER ATTEMPTS SETTLEMENT,
MANIPULATION OF CASES LEGAL SHOW WHY PRETT
BAHAHRA FEDERAL PROSECUTER FOR SOUTHERN NEW
YORK SAID "CORRUPTION IN NEW YORK IS INDEED
RAMPANT."

CONTINUED ATTEMPTS TO PUNISH ME HAVE ONLY
BROUGHT FURTHER CREDENCE TO MY ILLICIT TREATMENT,
AND BROUGHT, FINALLY, THE SPOTLIGHT ON ROCKLAND
OFFICALS BEHAVIOR. FIRSTLY IF COUNTY ATTORNEY
FORTUNATO AND COMM WALSH-TOZER ARE STILL
RETAINED BY ROCKLAND COUNTY THE TERMS BELOW
ARE VOIDED. A SETTLEMENT OFFER MUST BE MADE IN
THE NEXT MONTH OR SO AS AFTER PUTTING IN AN
INTENT TO SUE LETTER COERCIVE BEHAVIOR
PROGRESSED AS PUNISHMENT IE:
   ● WHEN ATTEMPTING TO SEE HUMAN RIGHTS COMM.
VAGABUNDI IN COMPLIANCE WITH ILLICIT ANNOUNCE
LETTER I WAS ARRESTED BY ROCKLAND SHERIFFS AT
REQUEST OF ROCKLAND OFFICALS. COPY SENT NEW YORK
STATE DIVISION HUMAN RIGHTS.

GX6,3

- CORRELATION WITHIN WEEK, TEN DAYS SUSPENSION DIRECTOR OF HOSPITALS, POMONA.

- TRESPASS CHARGES DROPPED AFTER POLITICAL USE OF PSYCHIATRY ILLEGAL ARREST, DETENTION IN ROCKLAND COUNTY JAIL UNDER THE GUISE OF A PSYCHIATRIC EXAM.

- PSYCHIATRISTS THERE ARE AGENTS OF SUBORDINATE TO DETERMINANT COMM. WALSH-TOZER.

- SPECIAL PRISONER TREATMENT SUBJECTED TO WHILE IN ROCKLAND JAIL ... INCLUDING ATTEMPTS TO GET ME TO TAKE DRUGS, COMPROMISE MY SOBRIETY 20+ YEARS, AS AS PROTECTED PERSON ACCORDING TO A.D.A.

- REARRESTING/DETAINING ME AFTER SAID EXAMS AND NEW COURT DATE, RELEASE BY JUDGE AGAIN UNDER GUISE OF PSYCHIATRIC EXAM.

- INCARCERATED UNDER NINE MONTH SENTENCE DUE IN PART TO NOT BEING ALLOWED IN ROCKLAND COUNTY BUILDINGS; DENIED PROBATION BECAUSE OF SPEC... PERIOD

- SENTENCE BASED ON FALSE SENTENCE REPORT.

- CORRELATION MY INTERNMENT ROCKLANDS REFUSAL TO ADHERE TO LAW, MANIPULATED COURTS EVIDENCE OFFERED SMALL CLAIMS, 72 HEARING, CIVIL SERVICE, P.E.R.B. ETC.

- EFFECTS PECUNIARY, EMOTIONAL, FAMILIAL RELATIONS DUE TO VIOLATION, HONEST SERVICES, PUBLIC OFFICERS, STATE FEDERAL, LOCAL, CONSTITUTIONAL LAWS, I DESIRE TO LEAVE NEW YORK DUE TO THIS BETRAYAL HOWEVER IF NOT RENUMERATED SOON WILL CONTINUE MY GOD GIVEN, LAW GIVEN RIGHT TO JUSTICE.

Michael Dowell

241-5060

ROCKLAND COUNTY DISTRICT ATTORNEY?    2/9/14

MY UNDERSTANDING OF ATTACHÉ IS NOT AUTODIDACT
BUT ATTRIBUTTUTABLE TO MALFEASANCE AT BEST, IN
BETRAYAL OF MULTIPLE CONTRACTS, LAWS, PROCEDURES
IN PLACE TO PROTECT MY RIGHTS AND OUR SYSTEM OF
GOVERNMENT.

WITHIN ONE WEEK OR TEN DAYS OF REQUESTING WHAT
AS HEAD OF J.C.O.P.E. JOINT COMMISSION ON PUBLIC
INTEGRITY THE WESTCHESTER DISTRICT ATTORNEY HAD
DONE REGARDING THE COVERUP, RETALIATION AND
CONDUCT OF CASES ENUMERATED ON MY BANNER
I RISKED MY LIFE TO EXPOSE, IN AN EFFORT TO GET
JUSTICE, SHE WAS NO LONGER HEAD OF SAME AND
THE MORLAND COMMISSION WAS BEGUN. AS ANY
NOTICE IS AT ISSUE, YOU AS A MEMBER OF ABOVE WERE
GRANTED SPECIAL POWERS BY SAME WHICH CONVERSELY
COULD BE CONSTRUED AS SPECIAL RESPONSIBILITY.

AS I ENTER MY APPEALS TO YOU I AM KEENLY AWARE
OF YOUR OFFICES / AGENTS ACTIONS INACTIONS STARTING
IN FEBRUARY 08 HAVE, AS A PATTERN, PERSECUTED
AS OPPOSED TO OLIVIATED MY / CITIZENS RIGHTS.
ALTHOUGH LESS THEN ONE YEAR AFTER THE TAPPAN ZEE
INCIDENT THE ROCKLAND COUNTY EXECUTIVE SAID
HE WAS LEAVING OFFICE (AND PERHAPS BECAUSE OF
THIS) MY PERSECUTION, AND FAILURE TO MAKE ME
WHOLE PROGRESSES. I WISH TO LEAVE NEW YORK
IF ROCKLAND PAYS MY PECUNIARY DAMAGES, OR

ELSE I MUST CONTINUE MY RIGHTIOUS CRUSADE.

• ARREST FOR TRESPASS BASED ON LETTER WRITTEN BY PROBABLE CAUSE "DETERMINANT" HAND DELIVERED BY ARMED MEN TO MY HOME VIA ROCKLAND SHERIFFS, WHEN ATTEMPTING TO SEE ROCKLAND HUMAN RIGHTS COMMISSIONER AND COMPLYING WITH SAID LETTER IN SPITE OF IT'S TORT VIOLATIONS, TO WIT MAKE ME LOOK LIKE A CRIMINAL/RESTRICT F.O.I. REQUESTS/ EVIDENCE. LETTER SENT CIVIL RIGHTS DIVISION.

• SEVEN OR EIGHT CIVILIAN COMPLAINTS (INCLUDING ASSUALT) SELF INVESTIGATED BY ROCKLAND SHERIFF AFTER INFORMING THEM YEARS PRIOR; STATE, FED PROBABLE CAUSE "DETERMINATIONS".

• AFTER INTENT TO SUE LETTERS MULTIPLE COUNTY DEPARTMENTS, TOWNS, INCARCERATION IN ROCKLAND COUNTY JAIL FOR DAYS UNDER THE GUISE OF PSYCHIATRIC EXAMINATION BY PERSONS SUBORDINATE TO "DETER-MINANT".

• SPECIAL TREATMENT TORTURE WHILE IN/DURING AFORMENTIONED CONFIDEMENT AFTER HAVING BEEN IMPLICATED IN SAID RIGHT TO SUE LETTER. SLEEP DEPRIVATION ETC, ETC, ISOLATION.

• NO CHANGE OF VENUE HAVING TO GO TO SAME COURT/TOWN WHERE RELATIVES OF LEGISLATURE WHO VIOLATER ROCKLAND LAW 2004-4 WHICH MIMICS STATE, FEDERAL LAW AND USED COERCIVE TACTICS, TO RESTRICT MY FIRST, FOURTEENTH AMENDMENT RIGHTS ARE JUDGES, SAME LEGISLATURE

ILLICIT CHICKEN SLAUGHTERING FACTORY DURING BIRD

FLU CRISIS, SCHOOLBOARD, OPEN F.B.I. INVESTIGATION,

AND TOWN SUBJECT TO RIGHT TO SUE LETTER.

• TIMEING MY ARREST AND SUSPENSION OF COMMISSIONER

OF HOSPITALS, SENTENCEING/FALSE REPORT.

• BEING ARRESTED AND BARED FROM COUNTY BUILDINGS,

THEN USED TO ATTEMPT TO JUSTIFY MY SENTENCE TO

NINE MONTHS IN JAIL INSTEAD OF PROBATION AFTER

OVER TWENTY PLUS YEARS OF NO ARREST.

• AFTER PSYCH EXAM BY DETERMINANTS SUBORDINATE

AND ALSO TWO PSYCHOLOGISTS, BROUGHT TO JAIL AND

AFTER BEING RELEASED BY JUDGE AND NEW COURT

DATE SET BY SAME I WAS DETAINED, REHANDCUFFED

AND TAKEN AWAY BY SHERIFFS DEPT, PRIOR TO

LEAVEING THE BUILDING. AFTER RELEASE BY JUDGE

THEY CLAIMED THIS NEW UNLAWFULL ARREST WAS

BECAUSE "YOU HAVE TO HAVE A PSYCH EXAM." SHERIFF

WELL AWARE NO POLICE LETTER EXISTED AND CONFISCATED

MY LEGAL PAPERWORK; RE: FALSE ARREST, ILLEGAL

DETENTION; REFUSEING AFTER MULTIPLE REQUESTS TO

RETURN SAME.

I FORMALLY REQUEST A TRANSCRIPT OF MY COURT

APPEARANCES FOR TRESPASS, PSYCH EVALUATION

ORDERED BY JUDGE AS I WAS REPRESENTED BY PUBLIC

DEFENDERS OFFICE/PRO BONO AS AN INDIGANT. AS A

MATTER OF ROUTINE I AM IN POCESSION OF THE EQUIVILANT

LEGAL AID SOCIETY/PUBLIC DEFENDERS LETTER FROM

EX7

WESTCHESTER SHOWING THIS REQUEST (FREE TRANSCRIPTS),
IS DONE ON A REGULAR BASCIS.

o INSTEAD OF BEING TAKEN FROM RAMAPO COURT DIRECTLY TO
GOOD SAMARITAN HOSPITAL I WAS TAKEN VIA BACKROADS
TO THE SHERIFFS DEPT. IN NEW CITY WHERE I WAS
REPEATEDLY ASKED TO DO THINGS THE HARD WAY, TURNED
OVER TO OTHERS WHO TRANSPORTED ME TO GOOD SAMARITAN
HOSPITAL AGAIN WHERE SEVEREL OF THE PSYCHIATRISTS
WERE RECOGNISED AS SUBORDINATE COUNTY EMPLOYEES
TO DETERMINANT.

o CURRENTLY UNNAMED OFFICER USED THIS OPPORTUNEITY
(WHILE HANDCUFFED) TO TWIST REINJURE MY DISABLED
RIGHT HAND, ARM, PURPORTING I WAS RESISTING HIM
TAKING THE HANDCUFFS OFF.

o I WAS FORCED TO DISROBE, MY BELONGINGS SEIZED AND
SUBJECTED TO A FORCED BLOOD, URINE TEST. POST SCRIPT
IT FOLLOWS THE "POLITICAL USE OF PSYCHIATRY PROGRESSED
TO INCARERATION, DEGRADATION, SLEEP DEPRIVATION,
ATTEMPTS TO DRUG ME; HENCE IN SPITE OF ITS
ILLEGALITY THE INSISTANCE OF DRUG, URINE TESTING,
"MULTIPLE" EXAMINATIONS, BY SUBORDINANTS, IN A
SICK ATTEMPT TO PUNISH ME, VIA OFFICALS ROCKLAND.
I WAS NOT ALLOWED EVEN A BIBLE (RELIGOUS FREEDOM)
AFTER MULTIPLE REQUESTS TO READ WHILE INCARCERATED
IN ROCKLAND COUNTY, WHERE PERHAPS THE FORTY TWO
CHAPTERS OF JOB WOULD HAVE BEEN APAROPRIATE.

THESE ACTIONS OCCURED WHILE MY FEDERAL CASE WAS STILL OPEN/APPEALED AFTER "DETERMINANTS" INCLUDING MEMBER OF LAW DEPT. (PROMOTED) WAS ADJUDGED TO HAVE ENGAGED IN OR CURRENTLY ENGAGED IN SEXUAL HARASSMENT, RETALIATION, DISCRIMINATION, A.DA. ETC.

THE AWARENESS OF AND ATTEMPTS TO DISTANCE, CHANGE ACCESS TO RECORDS, ETC LACK OF POSITIVE ENFORCEMENT, ACTION, ABETTS CULPABILITY AND IS WELL DOCUMENTED/PROVED IN ITS ABSENCE.

ATTEMPTS TO GET ME TO PAY FOR LOST REVENUE BY OFFICALS REGARDING TAPPAN ZEE INCIDENT WHICH WAS DESIGNED TO REVEAL COVERUP, CORRUPTION, SUPRESSION OF RIGHTS/TRUTH WHILE JERSEY GOVERNORS BRIDGE SCANDAL WAS AN ACT OF CORRUPTION/BULLYING.

REFUSAL OF ROCKLAND COUNTY A.D.A (RAMAPO) AND COURT OFFICER (NO INSIGNA) TO GIVE ME THEIR NAMES ON RECORD TRANSCRIPT, ATTEMPTING TO SHEILD SET-UP, MALFEASANCE.

I HAVE SENT MR DAY THE NEW COUNTY EXECUTIVE A BRIEF CERTIFIED LETTER SIGNED FOR ON 1/24/14 SEEKING A QUICK SETTLEMENT UNLIKE THE DOUBLE ACHEIVED IN BOOK OF JOB. A SHORT WINDOW EXISTS, HOWEVER SHOULD YOU DESIRE TO EMPLOY SARETSKY, KATZ, DRANOFF AND GLASS AGAIN I WILL BE GLAD TO POINT OUT ITS COUNSEL'C AND REFUSAL TO ANSWER DOZENS OF QUESTIONS IN FEDERAL COURT, WITH LINKS TO HEAD OF ROCKLANDS BUSINESS COUNCIL, MONIES SPENT ON EMPLOYEE MENTAL HEALTH CASES THUS FAR.

EX7(6)

AS I HAD EIGHTEEN OR SO YEARS EMPLOYED WITH ROCKLAND MY RETIREMENT WAS BASED ON 1.65 PER ANNUM AS AT TWENTY PLUS YEARS IT WOULD BE 2.00 PER, NOW ALMOST SIX YEARS AGO, I LOST CLOSE TO ONE YEARS ACCRUED TIME SAVED AND 15% DEFERRED COMPENSATION. I WAS PUT ON FAMILY MEDICAL LEAVE WITHOUT MY KNOWLEDGE (FED LAW) AND REPEATED REQUESTS FOR MY MEDICAL BENEFITS IGNORED. AS NOTED IN FEDERAL TRIAL MY WIFE LEFT ME DUE IN PART TO "DETERMINANTS" COERCIVE TACTICS, PHONE CALLS ETC. AND MY FATHER DIED AWAITING RESOLUTION OF MY TROUBLES WITH ROCKLAND COUNTY... AS SUCH I AWAIT GOOD NEWS FOR MY WIFE WHO WILL RETURN FROM VACATION IN A FEW WEEKS. LIKE MY FATHER FREEDOM ISNT FREE, I EARNED IT, TO CONTINUE TO IMPUNE MY CHARACTER WILL BE MET WITH RENEWED VIGOR, PROBABLY PROGRESSIVE COERCIVE/ILLEGAL ACTS STRENGTHENING MY CASE AND COUNTIES CULPABILITY, LIABILITY TO TAXPAYERS.

WHILE A POLITICAL PRISONER IN JAIL I WAS PRESIDENT OF MY SIXTY BED UNIT, WROTE A SHORT BOOK ABOUT THE INAPPROPRIATE BEHAVIOR/CONDUCT OF AND SUPPRESSION OF TRUTH IN MY ATTEMPTS AT JUSTICE BY ROCKLAND OFFICALS AND GOT MY WEIGHT UP. MY CASES/TREATMENT SERVES AS A WHITE PAPER, DIRECT EVIDENCE, FOR THE FEDERAL PROSECUTOR PRETT BAHARAHS QUOTE THAT CORRUPTION IN NEW YORK IS INDEED RAMPANT", MY RESOLUTION, CONSTITUTIONAL AMENDMENT. YOUR TIMELY REPLY NON REPLY WILL BE DULY NOTED. *Michael 'Boycott' Doruit*   32 MORTON ST GARNERVILLE, N.Y. 10923

ROCKLAND COUNTY DISTRICT ATTORNEY? 2/4/14

MY UNDERSTANDING OF ATTACK IS NOT ACCIDENT BUT ATTRIBUTTUTABLE TO MALFEASANCE AT BEST, IN BETRAYAL OF MULTIPLE CONTRACTS, LAWS, PROCEDURES IN PLACE TO PROTECT MY RIGHTS AND OUR SYSTEM OF GOVERNMENT.

WITHIN ONE WEEK OR TEN DAYS OF REQUESTING THAT AS HEAD OF J.C.O.P.I. JOINT COMMISSION ON PUBLIC INTEGRITY THE WESTCHESTER DISTRICT ATTORNEY HAD DONE REGARDING THE COVERUP, RETALIATION AND CONDUCT OF CASES ENNUMERATED ON MY BANNER I RISKED MY LIFE TO EXPOSE, IN AN EFFORT TO GET JUSTICE, SHE WAS NO LONGER HEAD OF SAME AND THE MORLAND COMMISSION WAS BEGUN. AS ANY NOVICE IS AWARE, YOU AS A MEMBER OF ABOVE WERE GRANTED 'SPECIAL' POWERS BY SAME WHICH CONVERSELY COULD BE CONSTRUED AS 'SPECIAL' RESPONSIBILITY.

AS I ENTER MY APPEALS TO YOU I AM KEENLY AWARE OF YOUR OFFICES/AGENTS ACTIONS INACTIONS STARTING IN FEBRUARY 08 HAVE, AS A PATTERN, PERSECUTED AS OPPOSED TO OLIVIATED MY/CITIZENS RIGHTS. ALTHOUGH LESS THEN ONE YEAR AFTER THE TAPPAN ZEE INCIDENT THE ROCKLAND COUNTY EXECUTIVE SAID HE WAS LEAVING OFFICE (AND PERHAPS BECAUSE OF THIS) MY PERSECUTION, AND FAILURE TO MAKE ME WHOLE PROGRESSES. I SHALL, TIC, LEAVE NEW YORK IF ROCKLAND PAYS MY PECUNIARY, DAMAGES, OR

2015 FEB -4 PM 3:44
DISTRICT ATTORNEY
ROCKLAND COUNTY
RECEIVED

EX81.

COUNTY LEGISLATURE:                                    3/4/14

Firstly those who are brand new to this body I apologise, should you be unaware of more senior members inappropriate behavior toward my righteous cause... this begins your culpability. As opposed to compliance with at a minimum Rockland law 2004-4, efforts to coverup it's malfeasance have progressed to assault, imprisonment, attempts to drug me, coercive acts designed to usurp the truth.

The head of the Rockland County Public defenders office and Commissioner of human Rights claim against common sense "conflict of interest".

The legislative attorney contrary to text law, first amendment, insisted I announce my presence and subsequent escort by armed men - This led to seizure of F.O.IL requests and arrest to prevent me from meeting with the human rights commissioner, and county law library.

Arrest (which was dismissed) and inability to be in county buildings, unescorted was cited as a justification for incarceration as opposed to probation

Further under the guise of trespass arrest I was turned over to Doctors for a psychiatric exam (which for some reason entailed being locked up for days in the county jail) by those subservient to the commissioner of mental health, whom I have a state, federal probable cause determination against for retaliation, harassment and discrimination

I was put in a paper suit and not given any blanket or toilet paper, sleep deprived, denied even a bible. The chronology of these events within appox one week of an intent to sue letter and seven or more prior

EX 8,Z

"self-investigated" civilion complaints including assualts is self explanitory.

Unbeknowst by me after seeing subervisort psychiatrist, then later two psychologists and being released court date reset by judge, I was then rehandcuffed again under the vail of another psychiatric exam, to be held at Good Somariton hospital.

Apparently the design of sleep deprivation was to induce me to take medications which would upon insistance of blood, urine work at Good Somariton hospital have me test positive for opiates, benzodyasopines, this is by definition malicious, at best.

As letters have already been written to the district attorney, county executive and state attorney general this is your opportunity to settle this now, an offer awaited prior to litigations, progression of culpability.

Note corridor of corruption which runs through Rockland and 'retirement' of county executive almongst more to come, since my attempts at justice started in 08. Duly noted.

"surrender my time"
"Abortion is terrorism"
Harried

Michael Dowitt

EX-9

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

EDWARD DAY
COUNTY EXECUTIVE
11 NEW HEMPSTEAD. RD.
NEW CITY, N.Y.
        10956

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   Harry Hagopian
X Harry Hagopian    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

   NEW CITY NY
   JAN 2 4 2014

3. Service Type   USPS
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number     7013 2630 0000 4319 1729
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to: EYES ONLY

DISTRICT ATTN ZUGIBE
C/O 11 NEW HEMPSTEAD RD
NEW CITY, N.Y.
        10956

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X F. Garcia    ☐ Agent
               ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
F. Garcia

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No
                    10956

   JUL 15 2013

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Numb    7012 1010 0000 0266 1627
   (Transfer from

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Len0R ARce

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. _____ ( ) ( )

-against-

W onice Thomas - 67 Pekey Ave
Wonice Chess 73 Gyn the Ave
Mary-Ribert Garrett 111 Quaker Ave

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

RECEIVED
MAY - 6 2014
PRO SE OFFICE

I, Lenor Arce _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.   If you are presently employed:
     a) give the name and address of your employer
     b) state the amount of your earnings per month

     _____

     no Work

2.   If you are NOT PRESENTLY EMPLOYED:
     a) state the date of start and termination of your last employment
     b) state your earnings per month
     **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

     _____

3.   Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

     _____

     a) Are you receiving any public benefits?   ☒ No. ✓   ☐ Yes, $ _____.

     b) Do you receive any income from any other source?   ☐ No.   ☑ Yes, $ SSI

4.   Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.          ☐ Yes, $_____.

5.   Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.          ☐ Yes,   $_____

6.   Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.          ☑ Yes,  _Tax High_

7.   List the person(s) that you pay money to support and the amount you pay each month.

_____Terry Ann_____

_____

8.   State any special financial circumstances which the Court should consider.

_____S S I -_____

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, _____.
             *date*                  *month*       *year*

_____
                                 *Signature*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Lenor ARce*
*MARilGarott RoberTSon Rubral*
*Timl Sal WaTRE*

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**

-against-

*MaryAnn Alferd Chriss DELTA*
*Thomas Adell FORsyThe*
*Joseph McGuinness Son AllSpid mon welfre*
*Michael Connors A*
*Wonica Chriss Thoma SenT.*
*Lee Michael Brain Father Mother*
*McGuinn Danny Thomas*
*Simmon Garyt Sandy*
*Miranda Santino Nihu Tekazz Anthony*
*Mauah Michael ber*

Jury Trial: ☑ Yes   ☐ No
(check one)

RECEIVED
MAY - 6 2014
PRO SE OFFICE

*Dex't Jamin Rachet*
*Betman*

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

## I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   *Lenor Arce*
            Street Address   *91 Quilon Aus*
            County, City   *Richmond*
            State & Zip Code   *New york*
            Telephone Number   *(718) 8 6982990*

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   *Hell - Mein*
                  Street Address   *136   Bay NT*

*Rev. 05/2010*

Michael Sweeney / Brian          MELBAPL

104
J.C. TRAKS
Tim Long-          Crowell Ave
I asim - Eric B Crowell Ave

TERLIZZ -Frank-Dany-

Willy-Dre-Joe-
Iievick- Jeff-Nick-Tic onicks (That's pic is not my Father)
Antong ConTaine     114 Peny Ave
Skin Head.
Sweeney-
Esponseco Andrew
BRig Quarent
John Growly-          husband BeeTone
(Mother ROSA) L BEETONE Daughter - 82 - Top F/ook -
Nephew Micheal PaLL- 71 Simon Lorp- Rosa-
Racheal - Jasmine - Deni  89-
   FORSyThe - Adele 2 8 sign Rd   Thomas
    Lee -
MaElyn  104 - Mountain View AvE
   Michoel Connos - 25 Clarmont PL
    pat philps
   ANDRENO - 96 CLEARMONT PL
  Doris Vigliotti 282 CRySTAL AvE
                                    10362
Willy-Jre-Doe  215 North Govern-
TERLiggi-          215 North Gornon-

County, City _____ *STATEW IS 1031/4* _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 2**   Name *DoRis Vigiliottie* _____

Street Address _____ *282   Cyo Aue* _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**   Name *ANDREDNO-PaTick-Thomas-Philp* _____

Street Address _____ *96* _____

County, City _____ *STATEN IS* _____

State & Zip Code _____ *N.Y.* _____

Telephone Number _____

**Defendant No. 4**   Name *Bob Johnsen* _____

Street Address _____ *215 NoRth G* _____

County, City _____ *Staten I S   1031/4* _____

State & Zip Code _____ *N.Y.* _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases, or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _Virginia - Staten IS_

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____
_Many different times._

C.   Facts: _[handwritten text, largely illegible]_

> **What happened to you?**

> **Who did what?**

> **Was anyone else involved?**

> **Who else saw what happened?**

IV.   Injuries: _[handwritten, largely illegible]_

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received._[handwritten, largely illegible]_

Rev. 05/2010

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. *I million for each of*
*these people     Nothing will bring back my*
*family . Their Are so many people*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff    *Lino Arce*

Mailing Address    *91 Quinlan Ave*
*Staten IS*
*N y City    10314*

Telephone Number    *(718) 698-2990*

Fax Number *(if you have one)* _____

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*

Sarey - Gary

- Simmons - 26 Quinlan Ave

Miranda Niwa-Antny - Tara Santino    773 mann rd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Morgan Greenburger
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

CITY OF New York; C.O. Jason
Hallock; Captain Jane Doe; c.o.
Connor;
_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

__ Civ. _____ (__) (__)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

MAY - 6 2014

PRO SE

I, Morgan Greenburger , *(print or type your name)* am the plaintiff/petitioner in the
above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay
fees or costs or give security.  I state that because of my poverty I am unable to pay the costs of said
proceeding or to give security therefor, and that I believe I am entitled to redress.

1.    If you are presently employed:
        a) give the name and address of your employer
        b) state the amount of your earnings per month

_____

_____

2.    If you are NOT PRESENTLY EMPLOYED:
        a) state the date of start and termination of your last employment
        b) state your earnings per month
        **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

_____

3.    Have you received, within the past twelve months, any money from any source?  If so, name the
      source and the amount of money you received.

            No
_____

a) Are you receiving any public benefits?          ☑ No.          ☐ Yes, $_____

b) Do you receive any income from any other source?          ☑ No.          ☐ Yes, $_____

4.   Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.        ☐ Yes, $_____.

5.   Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No.        ☐ Yes, $_____

6.   Do you pay for rent or for a mortgage? If so, how much each month?

☑ No.        ☐ Yes, _____.

7.   List the person(s) that you pay money to support and the amount you pay each month.

_____None_____

_____

8.   State any special financial circumstances which the Court should consider.

_____

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___18___ day of ___APRIL___ , ___14___ .
       *date*         *month*      *year*

Morgan Greenburger
*Signature*

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: _Morgan Greenburger_ - v - _City of New York; Jason Hallock; Captain Jane Doe; C.O. Connor_
_(Enter the full name of the plaintiff(s).)_    _(Enter the full name of the defendant(s).)_

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

**************************************************************************
**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _Morgan Greenburger_ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

~~April 18~~ _April 18_ , 20 _14_
_Date Signed_

_Morgan Greenburger_
_Signature of Plaintiff_

N.Y.S.I.D. # _0280 186 1N_

Local Jail/Facility I.D. # _310-13-00774_

Federal Bureau of Prisons I.D. # _____

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Morgan Greenburger
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

CITY OF New York; C.O. Jason
Hallock; Captain Jane Doe; C.O.
Connor;
_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ ( ) ( )

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

MAY - 6 2014

PRO SE

I, Morgan Greenburger , *(print or type your name)* am the plaintiff/petitioner in the
above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay
fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said
proceeding or to give security therefor, and that I believe I am entitled to redress.

1.   If you are presently employed:
        a) give the name and address of your employer
        b) state the amount of your earnings per month

     _____

     _____

2.   If you are NOT PRESENTLY EMPLOYED:
        a) state the date of start and termination of your last employment
        b) state your earnings per month
     **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

     _____

3.   Have you received, within the past twelve months, any money from any source? If so, name the
     source and the amount of money you received.
                    No
     _____

     a) Are you receiving any public benefits?          ☑ No.        ☐ Yes, $_____.

     b) Do you receive any income from any other source? ☑ No.        ☐ Yes, $_____.

4.    Do you have any money, including any money in a checking or savings account?  If so, how much?

☑ No.        ☐ Yes, $_____.

5.    Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property?
      If the answer is yes, describe the property and state its approximate value.

☑ No.        ☐ Yes,  $_____.

6.    Do you pay for rent or for a mortgage?  If so, how much each month?

☑ No.        ☐ Yes,  _____.

7.    List the person(s) that you pay money to support and the amount you pay each month.

_____None_____

_____

8.    State any special financial circumstances which the Court should consider.

_____

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___18___ day of __April__ , __14__ .
            date              month       year

_____Morgan Greenburger_____
            Signature

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

**RE:** _Morgan Greenburger_ - v - _City of NewYork; Jason Hallock;_
(Enter the full name of the plaintiff(s).)   _Captain Jane doe; C.O. Connor;_
                                              (Enter the full name of the defendant(s).)

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, _Morgan Greenburger_ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

~~____~~ _April 18_ , 20 _14_             _Morgan Greenburger_
Date Signed                               Signature of Plaintiff

N.Y.S.I.D. # _0280 186 IN_

Local Jail/Facility I.D. # _310-13-00374_

Federal Bureau of Prisons I.D. # _____

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Morgan Greenburger

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

C.O.
City Of New York, Jason Hallock
7x3 Tour Captain Jane Doe, C.O. Connor #3521

Jury Trial: ☑ Yes   ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

MAY - 6 2014

PRO SE

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  Morgan Greenburger
ID #  310-13-00374
Current Institution  GRVC
Address  09-09 Hazen St
E. Elmhurst NY 11370

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name  Jason Hallock          Shield # 12045
Where Currently Employed  A.M.K.C.
Address  18-18- Hazen St, E. Elmhurst NY 11370

_Rev. 05/2010_                          1

_Captain    Tour  7x3_

Defendant No. 2    Name _Jane Doe_    Shield # _____

Where Currently Employed _A.M.K.C._

Address _18-18 Hazen St, E. Elmhurst, NY 11370_

Defendant No. 3    Name _OFFICer Connor_    Shield # _3521_

Where Currently Employed _A.M.K.C._

Address _18-18 Hazen St_

_E. Elmhurst, NY 11370_

Defendant No. 4    Name _____    Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____    Shield # _____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

_A.M.K.C._

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

_Housing Area - 5 lower - RHU -_

C.    What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?

_April 11th, 2014 - Around 2:00 - 2:45 Pm_

D.    Facts:

**What happened to you?**

I was being brought back to my cell (17) when i got there i noticed the officer never brought my Juice from the feeding. I asked where it was they said they did not know but said they would get me another bottle with juice. At this point

**Who did what?**

one of the officers goes to find me a bottle & i am left alone with Officer - Jason Hallock #12045 - I needed to move because my back hurts while i was going to lean on the wall the officer Hallock - pulled me towards him while i am handcuffs & on a Instant reaction i pulled back. Officer - Hallock

**Was anyone else involved?**

- Than Puts me on the ground & is puting pressure on me. At the same time another officer and Captain - Jane Doe as Tour - come Rushing in Officer - Hallock - Than tells the captain to give an order so the other officer to mase me saying because i am biting him. The said captain gives me order & i get mased - Than they try to drag me in my cell but

**Who else saw what happened?**

couldn't. I was then escorted to intake to take a shower. I didn't get to see a Doctor until 2 1/2 hours later. I screamed for medical attention & i was still Denied.

L. Connor # 3521

III.   **Injuries:**

- The camera in slower as my witness aswell as the camera in intake

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  A stiff kneck Burning of the face from being mased. Both my wrists were swollen. My left arm was Partially Bruised. I was brought to the Doctor 2 1/2 hours later & they told me i would be fine.

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Rikers Island A.M.K.C. ~ 18-18 Hazen St. E.Elmhurst, NY 11370_

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_    No _____    Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _✓_    Do Not Know _____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _✓_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _✓_

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____
_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _The grievance procedure docs not deal with Lawsuit injuries,_

_____
_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

I Would like For there to be an Investigation.
$ 150,000.00 For being treated wrongly. ~~Emotional distress~~
having to go through situations like this before
makes it worse. For there to be Remands For the
said Defendants actions.

_____
_____
_____
_____
_____
_____
_____
_____
_____

## VI.   Previous lawsuits:

| On these claims |
|---|

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

*Rev. 05/2010*                                    5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓  No ____

On other claims

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff  Morgan Greenburger

Defendants  City OF New York, C.O. Davies, And C.O. Miller.

2.  Court (if federal court, name the district; if state court, name the county) United States District Court, Southern District OF New York.

3.  Docket or Index number  No. 14 Civ. 313 (RA)

4.  Name of Judge assigned to your case  Ronnie Abrams

5.  Approximate date of filing lawsuit  3/10/14

6.  Is the case still pending? Yes ✓ No ____

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _08_ day of ___April___, 20_14_.

Signature of Plaintiff   Morgan Greenburger

Inmate Number   310-13-00374

Institution Address   09-09 Hazen Street

E. Elmhurst, NY 11370

_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _30th_ day of ___April___, 20_14_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Morgan Greenburger

Rev. 05/2010

7

**Daniel A. Schwartzman**
55 Fifth Avenue --15th Floor
New York, New York 10003-4398

_____
Telephone (212) 206-6101
Facsimile (212) 675-1489
Email: dschwartzman@timeequities.com

May 2, 2014

United States District Court
Southern District of New York
Pro Se Office
500 Pearl Street
New York, NY 10007

RE: Morgan Greenburger v. City of New York, C.O. Jason Hallock, C.O. Captain Jane Doe (7X3 Tour); C.O. Connor (Shield #3521) (the "Action")

Dear Sirs:

I have been asked by Morgan Greenburger (incarcerated, incorrectly, as "Morgan Greenberger"), Book & Case no. 3101300374, currently at GRVC on Riker's Island, Housing 13-V, whom I recently visited, to send you, for filing and/or processing, the enclosed originals copies of: (a) Complaint (signed April 18, 2014) for the Action; (b) Request to Proceed _In Forma Pauperis_; and (c) Prisoner Authorization.

Please contact either Mr. Greeburger or me, if there is any problem or concern, or if some procedural aspect has been overlooked. Mr. Greenburger is proceeding PRO SE; I am merely assisting him, at his request. Thank you in advance for your attention to this matter.

Sincerely,

cc.: Morgan Greenburger
09-09 Hazen Street
East Elmhurst, NY 11370

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maurice Jamal Newton

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

the United States of America

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (___)(___)

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

RECEIVED
MAY – 6 2014
PRO SE OFFICE

I, Maurice Jamal Newton _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.   If you are presently employed:
     a) give the name and address of your employer
     b) state the amount of your earnings per month

     _____

     _____

2.   If you are NOT PRESENTLY EMPLOYED:
     a) state the date of start and termination of your last employment
     b) state your earnings per month
     **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

     10-2008 – 10-2008  $800 per Month

3.   Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

     No

     a) Are you receiving any public benefits?      ☐ No.    ☑ Yes, $ 160 .

     b) Do you receive any income from any other source?   ☑ No.    ☐ Yes, $_____ .

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    ☒ No.        ☒ Yes, $ 2          .

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.        ☐ Yes, $ _____

6.  Do you pay for rent or for a mortgage? If so, how much each month?

    ☒ No.        ☐ Yes, _____

7.  List the person(s) that you pay money to support and the amount you pay each month.

    _____

    _____

8.  State any special financial circumstances which the Court should consider.

    I currently reside in a shelter

    _____

    _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __5__ day of __May__ , __2014__ .
         date        month        year

_____
                Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maurice Jamal Newton

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The United States of America

_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes  ☑ No
(check one)

RECEIVED
MAY - 6 2014
PRO SE OFFICE

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Maurice Jamal Newton
             Street Address   2570 Fulton St
             County, City   New York  Brooklyn
             State & Zip Code   New York  11207
             Telephone Number   (646) 626-0028

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name   the United States of America
                   Street Address   _____

*Rev. 05/2010*

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 2    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 3    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28
U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Questions                    ☑ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
is at issue? _negligent, fatca, human rights, freedom, pain and suffering
Mental anguish_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  The United States of America

B.  What date and approximate time did the events giving rise to your claim(s) occur?  2006 - currentl! I have had a bug/micro device on me since 2006 and is still currently on me

C.  Facts:

| What happened to you? |

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

I have had a bug/micro device on me since 2006. I have also been getting harassed tormented and taken advantage of since 2006! I am also followed around everywhere I go by these people who have this bug on me! I hear a voice in my ear 24/7 threating me and tormenting me given me headaches playing with my ears messing over my nerves! The United States has had this bug on me and has been harassing me for the past 8 years. My family lives are constantly threatend by this government agency! I am also constently threaten in jail by this government agency! I have been to jail over 20 times because of these people who had this bug on me! In 2009 I told my mother I have a bug on me and she thought I was crazy and took me to the Mental hospital. I didn't come forward with this information and try to file a lawsuit because I didn't know what to do! My father also knows about this bug being on me!

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have brain damage that is untreated from this excrutiating headaches This bug on me same time also have hard joints and muscles from this bug being on me for so long. I also tire easy from this bug and cant walk for that long because I will start to get dizzy! Also I have developed mental conditions due to this bug Anxiety and depression and paranoia from the people that they sind out to harrell me and follow me! I also have back problems to where I cant stand up straght or talk!

*Rev. 05/2010*

## V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want the court to get this bug off Me! Investigate who had the bug on Me! And for what reason! And I also want $100,000,000 for my pain and suffering harassment Mental anguish, I can no longer work due to my Mental condition and Medical conditions! I also want to stop being followed and harassed by this government agencies! I feel that there is no reason to have this bug on me or a reason why I should have had a bug on me at all!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of May , 20 19 .

Signature of Plaintiff     _Mann Newton_

Mailing Address     2570 Fulton St
Brooklyn, NY 11207

Telephone Number     (646) 626-0028

Fax Number (if you have one) _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _____

Inmate Number     _____

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Page 2

| United States District Court | District SOUTHERN NEW YORK |
|---|---|
| Name (under which you were convicted): GREGORIO DEJESUS | Docket or Case No.: 10 Cr. 040 |
| Place of Confinement: Federal Correctional Inst. Fairton | Prisoner No.: 70775-056 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. GREGORIO DEJESUS | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:


   (b) Criminal docket or case number (if you know):   10 cr. 040

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing:  7 - 28 - 2010

3. Length of sentence:  120 Months

4. Nature of crime (all counts):  21 U.S.C. §841(a)(1); §841(b)(1)(A); plus 21 U.S.C. §841(b)(1)(C) and Section 812.



5. (a) What was your plea? (Check one)

   (1)   Not guilty ☐         (2)   Guilty ☑         (3)   Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?



6. If you went to trial, what kind of trial did you have? (Check one)      Jury ☐      Judge only ☐  N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☑     No ☐

8. Did you appeal from the judgment of conviction?     Yes ☐     No ☑

9. If you did appeal, answer the following:

   (a) Name of court:  N / A

   (b) Docket or case number (if you know):

   (c) Result:  N / A

   (d) Date of result (if you know):  N / A

   (e) Citation to the case (if you know):  N / A

   (f) Grounds raised:  N / A

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☑

     If "Yes," answer the following:  N / A

     (1) Docket or case number (if you know):  N / A

     (2) Result:  N / A

     (3) Date of result (if you know):  N / A

     (4) Citation to the case (if you know):  N / A

     (5) Grounds raised:  N / A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

     Yes ☐     No ☑

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court:  N / A

      (2) Docket or case number (if you know):  N / A

      (3) Date of filing (if you know):  N / A

(4) Nature of the proceeding:   N / A

(5) Grounds raised:   N / A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐   N / A

(7) Result:   N / A

(8) Date of result (if you know):   N / A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:   N / A

(2) Docket or case number (if you know):   N / A

(3) Date of filing (if you know):   N / A

(4) Nature of the proceeding:   N / A

(5) Grounds raised:   N / A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐   N / A

(7) Result:

(8) Date of result (if you know):   N / A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐   N / A

(2) Second petition:   Yes ☐   No ☐   N / A

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not: _N / A_

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the facts supporting each ground.

GROUND ONE: **ACTUAL INNOCENCE OF THE AMOUNT OF DRUGS SENTENCED
FOR.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Estasy pills (895),which was indicted for a specific amount of drugs;
methamphetamine. But Petitioner was tested for 31.1 grams of Actual
was way aboved the 31.1 grams that was Labotory confirmed. Which
resulted in a sentence that he was actual innocent of.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
 Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: **my English is limited
and I did not know that I could appeal.**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
 Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): *N/A*                     Page 6

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   *N/A*

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   *N/A*

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   *N/A*

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**   *N/A*

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

**(b) Direct Appeal of Ground Two:** *N/A*

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ❏

    (2) If you did not raise this issue in your direct appeal, explain why:

**(c) Post-Conviction Proceedings:** *N/A*

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏  No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): *N/A*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏  No ❏      *N/A*

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏  No ❏      *N/A*

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏  No ❏      *N/A*

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): *N/A*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**   _N/A_

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**   _N/A_

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**   _N/A_

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ❑   No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

*N / A*

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐      *N / A*

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐      *N / A*

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐      *N / A*

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):     *N / A*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

*N / A*

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**     *N / A*

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐  No ☐      *N / A*

  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**    *N / A*

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐  No ☐      *N / A*

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition:    *N / A*

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):   *N / A*

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☐      *N / A*

  (4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐   No ☐      *N / A*

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐   No ☐      *N / A*

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know):   *N / A*

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:  Jennifer Brown, Fed. Def. of NY
(a) At preliminary hearing:   Same as above   53 Duane St., NY, NY 10007

(b) At arraignment and plea:  Same as above

(c) At trial:  Same as above

(d) At sentencing:  Same as above

(e) On appeal:   *N / A*

(f) In any post-conviction proceeding:   *N / A*

(g) On appeal from any ruling against you in a post-conviction proceeding:

*N / A*

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☑   *N*

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:        *N / A*

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:        *N / A*

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐   No ☐   *N / A*

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*  Because I have a legally valid "Actual Innocence" issue which various u.s. court of appeals and the U.S. Supreme court can be raised for the first time in a 2255; and is not time-barred.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____ _H / A_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on ____4 — 27 — 2014____ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORIO DeJESUS,                    )
        Petitioner,                  )
                                     )
vs.                                  )    Case No, 10 Cr. 040 (Criminal)
                                     )
UNITED STATES OF AMERICA,            )
        Respondent.                  )

## MOTION TO VACATE, SET-ASIDE OR CORRECT SENTENCE
### PURSUNAT TO 28 U.S.C. SECTION 2255

NOW INTO COURT comes the Petitioner/Movant, Gregorio
DeJesus, pro se, pursuant to 28 U.S.C. § 2255, motion to Vacate,
Set-Aside or Correct Sentence.

## STATEMENT OF JURISDICTION

This Honorable Court has the jurisdiction to enterain this
this matter.  In Bousley v. United States, 523 U.S. 614 (1998) it
was held that "Section 2255 can go forward to vacate conviction
under 'Actual Innicence' theory, even, though defendant pleaded
guilty." The Bousely's Court held that this applies to first time
2255 petitioner. Also see United States v. Maybeck, 23 F.3d. 888;
1994 U.S. App. LEXIS 10185 (4th Cir.) where it was held that "It
is an unacceptable deviation from our fundamental system of justice
to automatically prvent the assertion of actual innocence simply
because a defendant has not observed procedural avenues availble to
him"

-1-

## STATEMENT OF THE CASE

On March 8, 2010 a federal grand jury for the Southern District of New York indicted the petitioner and others for violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), plus 21 U.S.C. (b)(1)(C) and Section 812 of the United States Code. Petitioner entered a guilty plead to Count one of the indictment which read in part that (Overt Acts(b) that on or about July 16, GREGORIO DeJESUS, a/k/a "Goyo," the defendant, provided 895 pills, each of which contained a mixture of caffine and methamphetamine, to the CI in New York City, New York. It will be noted that this figure was the only figure on the face of the indictment.

Based on the calculation of the Probation Department, which made the petitioner's crime an Offense Level 32. Making his Offense Conduct to be responsible for 1,780.3 grams of 3,4 methylenedioxy-methamphetamine and 506.1 grams of methamphetamine. 1,708.3 grams of 3,4 methylenedioxy-methamphetamine coverts to 890.15 kilograms of marijuana and 506.1 grams of methamphetamine coverts to marijuana 1,012.1 kilograms of marijuana. the total amount of marijuana obtained from the conversion is 1,902.15 kilograms. Pursuant to § 2D1.1(c)(4), since the sum of marijuana obtained from the conversion is at least 1,000 kilograms, but less than 3,000 kilograms of marijuana the base offense is 32.

Pursuant to a guilty plea petitioner received a Guideline Sentence based on Offese Level 32 and Criminal History I, 120 months into the custody of the Federal Bureau of Prisons.

-2-

GROUND ONE

I.   **PETITIONER IS ACTUAL INNOCENT OF THE AMOUNT OF DRUGS HE WAS SENTENCED FOR.**

In Alleyne v. United States, No. 11-9335, 2013 BL 158522 (U.S. June 17, 2013) it was held that: "...There was a well-establish practice of including in the indictment, and submitting to the jury, every fact that was a basis for imposing or increasing punishment. And this understanding was reflected in contemporaneous court decisions and treatises. Pp. 6-10. In United States v. O'Brien, 560 U.S. 218, it was held that: "The touchstone for determining whether a fact must be found by a jury beyond a reasonable doubt is whether the fact constitues an "element" of the charged offense." The Allyene Court went on too say, quouting the O'Brien Court: "Apprendi definition necessarily includes not only facts that increase the ceiling, but also those that increase the floor." In this case before the court petitioner's indictment read thus: "Overt Acts" 4(b) "On or about July 16, 2009, GREGORION DeJESUS, a/ka/ "Goyo" , the defendant, provided 895 pills, each of which contained a mixture of caffine and methamphetamine, the to the CI in New York, New York." See Exhibit A This is the amount that appears on the LABORATORY REPORT dated 22-Jul-09 and 7/30/09. See Exhibit B. The 'Amount of Actual Drug (methamphetamine hydrochloride) in this reported to the petitioner is 31.1g. See Exhibit B(a). Based on this amount of "Methamphetamine (actual) the Petitioner's Offense level is Level 26. See Exhibit C. But he was illegal sentence under Offense Level 32. See Exhibit D.

-3-

Level 32, Criminal History I carries a Guideline Sentence of (121-151) months while Level 26, Criminal History I carries a Guidelines Sentence of (63-78) months. See Exhibit E.

The 895 pills that appeared on petitioner's indictment contained 31.1g of actual methamphetamine. See B(a). Based on the actual amount of methamphetamine that appears on petitioner's indictment he is actual innocent of the amount of drugs that he was sentence to. Thus, his Sentencing Guidelines should be in the sentencing range of Level 26, Criminal History I (63-78) months. Not the range (Level 32, Criminal History I)(121-151) months.

Based on the United Supreme Court decision in Alleyne v. United States, supra, the sentencing judge should have sentenced petitioner to the amount of drugs that was listed on his indict-ment; which was 895 MDMA pills which contained an actual amount of methamphetamine of 31.1g.

In this instant matter the sentencing court relied upon Probation Department's estimate of drug quantities. See Exhibit E. In United States v. Howard, 80 F.3d 1194 (7th Cir. 1996) it was held that: "The district court could not rely upon the probation Offcier's estimate of drug quantities without corro-rating evidence." Since a defendant can only be found guilty of the amout of drugs that appears on the face of the indictment. Alleyene, supra, Petitioner was only to be sentenced for the amount pills (MDMA) (31.1 grams of metamphetamine, acutal) that was onhte face of the indictment.

-4-

CONCLUSION

Wherefore, based on the above cited cases and points of law petitioner prays that this Honorable Court resentenced him to a lower Guideline Sentence that is conducive with the Offense Level (26) that is more in line with the amount of drugs that appeared on the face of his indictment.

Respectfully submitted,

April _28_, 2014.

Gregorio DeJesus
Pro Se Petitioner
Reg. No. 70775-054
Federal Correctional Institution
Post Office Box 420
Fairton, New Jersey 08320-0420

-5-

## ADDENDUM

In United States v. Corsentino, 685 F.2d 48,51 (2rd.Cir. 1982) it was reasoned that the circumstances surrounding guilty pleas are totally different from those presented in _Frady_. Frady, 456 U.S. at 167-68. Applying this concept to the petitioner's case  See Engle v. Issac, 456 U.S. 107 (1982) where it was held that "...since the concepts of cause and prejudice are not rigid, but 'take their meaning from...principles of comity and fanality...., in appropriate cases those principles must yield to the imperative of correcting a fundamental unjust incarceration....We are confident that victims of a fundamental miscarriage of justice will meet the cause-andprejudice standard." id. In Murray v. Carrier, 477 U.S. 478, 496 (1985). The Court went on to say "Where a constitutional violation has probably resulted in the conviction of one who is actually innocent, a federal habeas court may grant the writ even in the absence of showing of cause for the procedural default."

In Smith v. Murray, 477 US. at 538-39, the Supreme Court did imply that the actual innocence exception may apply to noeaptial sentencing cases.

The Probation Department prepared petitioner's Presentence Investigation Report which was used by the Court to place him in the appropriate Guideline Range for sentenicng. Said Range looked like the following.

EXHIBIT A

3.   The controlled substances involved in the offense were 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, in violation of Title 21, United States Codes, Sections 812, 841(a)(1) and 841(b)(1)(A) and 3,4 methylenedioxy-methamphetamine ("MDMA" or "Ecstasy"), in violation of Sections 812, 841(a)(1) and 841(b)(1)(C) of Title 21, United States Code.

## Overt Acts

4.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about April 30, 2009, EDY DeJESUS, a/k/a "The Engineer," the defendant, met with a confidential informant ("CI") in Queens, New York and agreed to sell the CI Ecstasy pills for $2.90 to $3.00 per pill.

b.   On or about July 16, 2009, GREGORIO DeJESUS, a/k/a "Goyo," the defendant, provided 895 pills, each of which contained a mixture of caffeine and methamphetamine, to the CI in New York, New York.

c.   On or about September 17, 2009, DANIEL ALEJANDRO MIRANDA-COLON, a/k/a "Jesus," the defendant, met with a CI in New York, New York and agreed to sell the CI Ecstasy pills for $3.25 per pill.

(Title 21, United States Code, Section 846.)

Base Offense Level 32; Specific Offense Characteristic +2
Adjustment For Role In Offense +2; Acceptance Of Responsibility
-2; Adjusted Offense Level -3, which gave Petitioner a Total of
31 points; plus Criminal History I, resulting in a Sentencing
Range of (108-135 months). But based on the face of the
indictment (31.1 grams of actual metaphetamine) Petitioner's Base
Offense Level have been 25 and using the above additions and
substractions his Sentencing Range should have been in (57-71
months.

*L x   B*

EXHIBIT B



U.S. Department of Justice
Drug Enforcement Administration

LABORATORY REPORT

TO:   NEW YORK FIELD DIVISION

CASE NUMBER:

FROM:   NORTHEAST LABORATORY
99 TENTH AVENUE, SUITE 721
NEW YORK, NEW YORK 10011

RESULTS AND CONCLUSIONS:

| Exh. No. | Lab No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. Or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 3 | 202039 | methamphetamine hydrochloride | 540.8g | 494.8g (895 tablets) | 34.8mg/tablet (+/- 2.3 mg/tablet*) | 31.1g | 493.3g (892.5 tablets) |

*L x*
*B (a)*

Remarks:

Exhibit # 3 also contains caffeine.

* This value represents the quantitative uncertainty measurement estimate for the DEA laboratory system.

CINDY VITALE
Analyzed By:   SENIOR FORENSIC CHEMIST
(Signature, Printed Name, Title)

Date:   22-Jul-09

THOMAS M. BLACKWELL
Approved By:   LABORATORY DIRECTOR
(Signature, Printed Name, Title)

Date:   7/30/09

Form LS-05-010 (Feb 2009)

160

November 1, 1998

**EXHIBIT C**

GUIDELINES MANUAL

§2D1.1

- At least 200 G but less than 350 G of Methamphetamine, or at least 40 G but less than 70 G of Methamphetamine (actual), or at least 40 G but less than 70 G of "Ice";
- At least 4 G but less than 7 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 160 G but less than 280 G of Fentanyl;
- At least 40 G but less than 70 G of a Fentanyl Analogue;
- At least 400 KG but less than 700 KG of Marihuana;
- At least 80 KG but less than 140 KG of Hashish;
- At least 8 KG but less than 14 KG of Hashish Oil.

(7)
- At least 100 G but less than 400 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
- At least 500 G but less than 2 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
- At least 5 G but less than 20 G of Cocaine Base;
- At least 100 G but less than 400 G of PCP, or at least 10 G but less than 40 G of PCP (actual);
- At least 50 G but less than 200 G of Methamphetamine, or at least 10 G but less than 40 G of Methamphetamine (actual), or at least 10 G but less than 40 G of "Ice";
- At least 1 G but less than 4 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 40 G but less than 160 G of Fentanyl;
- At least 10 G but less than 40 G of a Fentanyl Analogue;
- At least 100 KG but less than 400 KG of Marihuana;
- At least 20 KG but less than 80 KG of Hashish;
- At least 2 KG but less than 8 KG of Hashish Oil.

**Level 26**



(8)
- At least 80 G but less than 100 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
- At least 400 G but less than 500 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
- At least 4 G but less than 5 G of Cocaine Base;
- At least 80 G but less than 100 G of PCP, or at least 8 G but less than 10 G of PCP (actual);
- At least 40 G but less than 50 G of Methamphetamine, or at least 8 G but less than 10 G of Methamphetamine (actual), or at least 8 G but less than 10 G of "Ice";
- At least 800 MG but less than 1 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 32 G but less than 40 G of Fentanyl;
- At least 8 G but less than 10 G of a Fentanyl Analogue;
- At least 80 KG but less than 100 KG of Marihuana;
- At least 16 KG but less than 20 KG of Hashish;
- At least 1.6 KG but less than 2 KG of Hashish Oil.

**Level 24**

(9)
- At least 60 G but less than 80 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
- At least 300 G but less than 400 G of Cocaine (or the equivalent amount of other

**Level 22**

§2D1.1

GUIDELINES MANUAL

November 1, 1998

EXHIBIT D

**Level 32**

(4)  • At least 1 KG but less than 3 KG of Heroin (or the equivalent amount of other Schedule I or II Opiates);
• At least 5 KG but less than 15 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
• At least 50 G but less than 150 G of Cocaine Base;
• At least 1 KG but less than 3 KG of PCP, or at least 100 G but less than 300 G of PCP (actual);
• At least 500 G but less than 1.5 KG of Methamphetamine, or at least 100 G but less than 300 G of Methamphetamine (actual), or at least 100 G but less than 300 G of "Ice";
• At least 10 G but less than 30 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
• At least 400 G but less than 1.2 KG of Fentanyl;
• At least 100 G but less than 300 G of a Fentanyl Analogue;
• At least 1,000 KG but less than 3,000 KG of Marihuana;
• At least 200 KG but less than 600 KG of Hashish;
• At least 20 KG but less than 60 KG of Hashish Oil.

**Level 30**

(5)  • At least 700 G but less than 1 KG of Heroin (or the equivalent amount of other Schedule I or II Opiates);
• At least 3.5 KG but less than 5 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
• At least 35 G but less than 50 G of Cocaine Base;
• At least 700 G but less than 1 KG of PCP, or at least 70 G but less than 100 G of PCP (actual);
• At least 350 G but less than 500 G of Methamphetamine, or at least 70 G but less than 100 G of Methamphetamine (actual), or at least 70 G but less than 100 G of "Ice";
• At least 7 G but less than 10 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
• At least 280 G but less than 400 G of Fentanyl;
• At least 70 G but less than 100 G of a Fentanyl Analogue;
• At least 700 KG but less than 1,000 KG of Marihuana;
• At least 140 KG but less than 200 KG of Hashish;
• At least 14 KG but less than 20 KG of Hashish Oil.

**Level 28**

(6)  • At least 400 G but less than 700 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
• At least 2 KG but less than 3.5 KG of Cocaine (or the equival

## SENTENCING TABLE
### (in months of imprisonment)

EXHIBIT E

### Criminal History Category (Criminal History Points)

| | Offense Level | I (0 or 1) | II (2 or 3) | III (4, 5, 6) | IV (7, 8, 9) | V (10, 11, 12) | VI (13 or more) |
|---|---|---|---|---|---|---|---|
| Zone A | 1 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 |
| | 2 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 1-7 |
| | 3 | 0-6 | 0-6 | 0-6 | 0-6 | 2-8 | 3-9 |
| | 4 | 0-6 | 0-6 | 0-6 | 2-8 | 4-10 | 6-12 |
| | 5 | 0-6 | 0-6 | 1-7 | 4-10 | 6-12 | 9-15 |
| | 6 | 0-6 | 1-7 | 2-8 | 6-12 | 9-15 | 12-18 |
| | 7 | 0-6 | 2-8 | 4-10 | 8-14 | 12-18 | 15-21 |
| | 8 | 0-6 | 4-10 | 6-12 | 10-16 | 15-21 | 18-24 |
| Zone B | 9 | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| | 10 | 6-12 | 8-14 | 10-16 | 15-21 | 21-27 | 24-30 |
| Zone C | 11 | 8-14 | 10-16 | 12-18 | 18-24 | 24-30 | 27-33 |
| | 12 | 10-16 | 12-18 | 15-21 | 21-27 | 27-33 | 30-37 |
| | 13 | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| | 14 | 15-21 | 18-24 | 21-27 | 27-33 | 33-41 | 37-46 |
| | 15 | 18-24 | 21-27 | 24-30 | 30-37 | 37-46 | 41-51 |
| | 16 | 21-27 | 24-30 | 27-33 | 33-41 | 41-51 | 46-57 |
| | 17 | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |
| | 18 | 27-33 | 30-37 | 33-41 | 41-51 | 51-63 | 57-71 |
| | 19 | 30-37 | 33-41 | 37-46 | 46-57 | 57-71 | 63-78 |
| | 20 | 33-41 | 37-46 | 41-51 | 51-63 | 63-78 | 70-87 |
| | 21 | 37-46 | 41-51 | 46-57 | 57-71 | 70-87 | 77-96 |
| | 22 | 41-51 | 46-57 | 51-63 | 63-78 | 77-96 | 84-105 |
| | 23 | 46-57 | 51-63 | 57-71 | 70-87 | 84-105 | 92-115 |
| | 24 | 51-63 | 57-71 | 63-78 | 77-96 | 92-115 | 100-125 |
| Zone D | 25 | 57-71 | 63-78 | 70-87 | 84-105 | 100-125 | 110-137 |
| | 26 | 63-78 | 70-87 | 78-97 | 92-115 | 110-137 | 120-150 |
| | 27 | 70-87 | 78-97 | 87-108 | 100-125 | 120-150 | 130-162 |
| | 28 | 78-97 | 87-108 | 97-121 | 110-137 | 130-162 | 140-175 |
| | 29 | 87-108 | 97-121 | 108-135 | 121-151 | 140-175 | 151-188 |
| | 30 | 97-121 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 |
| | 31 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 |
| | 32 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 |
| | 33 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 |
| | 34 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 |
| | 35 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 |
| | 36 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 |
| | 37 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life |
| | 38 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life | 360-life |
| | 39 | 262-327 | 292-365 | 324-405 | 360-life | 360-life | 360-life |
| | 40 | 292-365 | 324-405 | 360-life | 360-life | 360-life | 360-life |
| | 41 | 324-405 | 360-life | 360-life | 360-life | 360-life | 360-life |
| | 42 | 360-life | 360-life | 360-life | 360-life | 360-life | 360-life |
| | 43 | life | life | life | life | life | life |

EXHIBIT F

DeJesus, Gregorio

9

P57743 - J. Thomas

### Adjustment for Obstruction of Justice

35. The probation officer has no information to suggest that the defendant impeded or obstructed justice at the time of the arrest, or during the investigation or prosecution of the offense.

### Adjustment for Acceptance of Responsibility

36. During the presentence interview, the defendant stated he feels terrible about his involvement in the instant offense. He reported that he was unemployed and on the verge of hunger when he decided to sell drugs. DeJesus stated that he sold "meth pills" that he thought were ecstacy pills to an undercover police officer for profit. He related that he accepts responsibility for his actions and feels completely ashamed.

### Offense Level Computation

37. The November 1, 2009, edition of the Guidelines Manual has been used in this case.

Count 1 - Conspiracy to Distribute Narcotics

 EX - F

38. **Base Offense Level:** The guideline for a violation of 21 USC 846 is found in §2D1.1(a)(5). Pursuant to §2D1.1 Application Note 10(B), a single offense level is obtained where differing controlled substances are involved by converting each of the drugs to its marijuana equivalent. As stated in the offense conduct, the conspiracy involved 1,780.3 grams of 3,4 methylenedioxy-methamphetamine and 506.1 grams of methamphetamine. 1,780.3 grams of 3,4 methylenedioxy-methamphetamine converts to 890.15 kilograms of marijuana and 506.1 grams of methamphetamine converts to marijuana 1,012.1 kilograms to marijuana. The total amount of marijuana obtained from the conversion is 1,902.15 kilograms. Pursuant to §2D1.1(c)(4), since the sum of marijuana obtained from the conversion is at least 1,000 kilograms, but less than 3,000 kilograms of marijuana the base offense level is 32.  __32__

39. **Specific Offense Characteristic:** Pursuant to §2D1.1(b)(4), because the offense level involved the importation of methamphetamine, the defendant's offense level is increased 2 levels  __+2__

40. **Victim-Related Adjustments:** None.  __0__

41. **Adjustments for Role in the Offense:** The defendant was responsible for obtaining and distributing the narcotics, and directing individuals in the distribution of Ecstasy and methamphetamine. Pursuant to § 3B1.1(c), the offense is increased two levels.  __+2__

42. **Adjustment for Obstruction of Justice:** None.  __0__

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORIO DeJESUS,                    )
      Petitioner,               )
                                )
vs.                                  )   Case No, 10 Cr. 040 (Criminal)
                                )
UNITED STATES OF AMERICA,            )
      Respondent.               )

### MOTION TO VACATE, SET-ASIDE OR CORRECT SENTENCE PURSUNAT TO 28 U.S.C. SECTION 2255

NOW INTO COURT comes the Petitioner/Movant, Gregorio DeJesus, pro se, pursuant to 28 U.S.C. § 2255, motion to Vacate, Set-Aside or Correct Sentence.

### STATEMENT OF JURISDICTION

This Honorable Court has the jurisdiction to enterain this this matter.  In Bousley v. United States, 523 U.S. 614 (1998) it was held that "Section 2255 can go forward to vacate conviction under 'Actual Innicence' theory, even, though defendant pleaded guilty." The Bousely's Court held that this applies to first time 2255 petitioner. Also see United States v. Maybeck, 23 F.3d. 888; 1994 U.S. App. LEXIS 10185 (4th Cir.) where it was held that "It is an unacceptable deviation from our fundamental system of justice to automatically prvent the assertion of actual innocence simply because a defendant has not observed procedural avenues availble to him"

-1-

## STATEMENT OF THE CASE

On March 8, 2010 a federal grand jury for the Southern District of New York indicted the petitioner and others for violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), plus 21 U.S.C. (b)(1)(C) and Section 812 of the United States Code. Petitioner entered a guilty plead to Count one of the indictment which read in part that (Overt Acts(b) that on or ~about July 16, GREGORIO DeJESUS, a/k/a "Goyo," the defendant, provided 895 pills, each of which contained a mixture of caffine and methamphetamine, to the CI in New York City, New York. It will be noted that this figure was the only figure on the face of the indictment.

Based on the calculation of the Probation Department, which made the petitioner's crime an Offense Level 32. Making his Offense Conduct to be responsible for 1,780.3 grams of 3,4 methylenedioxy-methamphetamine and 506.1 grams of methamphetamine. 1,708.3 grams of 3,4 methylenedioxy-methamphetamine coverts to 890.15 kilograms of marijuana and 506.1 grams of methamphetamine coverts to marijuana 1,012.1 kilograms of marijuana. the total amount of marijuana obtained from the conversion is 1,902.15 kilograms. Pursuant to § 2D1.1(c)(4), since the sum of marijuana obtained from the conversion is at least 1,000 kilograms, but less than 3,000 kilograms of marijuana the base offense is 32.

Pursuant to a guilty plea petitioner received a Guideline Sentence based on Offese Level 32 and Criminal History I, 120 months into the custody of the Federal Bureau of Prisons.

-2-

GROUND ONE

I.    PETITIONER IS ACTUAL INNOCENT OF THE AMOUNT OF DRUGS
      HE WAS SENTENCED FOR.

In Alleyne v. United States, No. 11-9335, 2013 BL 158522
(U.S. June 17, 2013) it was held that: "...There was a well-
establish practice of including in the indictment, and submitting
to the jury, every fact that was a basis for imposing or increas-
ing punishment. And this understanding was reflected in contem-
poraneous court decisions and treatises. Pp. 6-10. In United
States v. O'Brien, 560 U.S. 218, it was held that: "The touch-
stone for determining whether a fact must be found by a jury
beyond a reasonable doubt is whether the fact constitues an
"element" of the charged offense." The Allyene Court went on to
say, quouting the O'Brien Court: "Apprendi definition necessarily
includes not only facts that increase the ceiling, but also those
that increase the floor." In this case before the court petitioner's
indictment read thus: "Overt Acts" 4(b) "On or about July 16, 2009,
GREGORION DeJESUS, a/ka/ "Goyo" , the defendant, provided 895 pills,
each of which contained a mixture of caffine and methamphetamine,
to the CI in New York, New York." See Exhibit A This is the amount
that appears on the LABORATORY REPORT dated 22-Jul-09 and 7/30/09.
See Exhibit B. The 'Amount of Actual Drug (methamphetamine hydroch-
loride) in this reported to the petitioner is 31.1g. See Exhibit
B(a). Based on this amount of "Methamphetamine (actual) the Petiti-
oner's Offense level is Level 26. See Exhibit C. But he was illegal
sentence under Offense Level 32. See Exhibit D.

-3-

Level 32, Criminal History I carries a Guideline Sentence of (121-151) months while Level 26, Criminal History I carries a Guidelines Sentence of (63-78) months. See Exhibit E.

The 895 pills that appeared on petitioner's indictment contained 31.1g of actual methamphetamine. See B(a). Based on the actual amount of methamphetamine that appears on petitioner's indictment he is actual innocent of the amount of drugs that he was sentence to. Thus, his Sentencing Guidelines should be in the sentencing range of Level 26, Criminal History I (63-78) months. Not the range (Level 32, Criminal History I)(121-151) months.

Based on the United Supreme Court decision in Alleyne v. United States, supra, the sentencing judge should have sentenced petitioner to the amount of drugs that was listed on his indictment; which was 895 MDMA pills which contained an actual amount of methamphetamine of 31.1g.

In this instant matter the sentencing court relied upon Probation Department's estimate of drug quantities. See Exhibit E. In United States v. Howard, 80 F.3d 1194 (7th Cir. 1996) it was held that: "The district court could not rely upon the probation Offcier's estimate of drug quantities without corrorating evidence." Since a defendant can only be found guilty of the amout of drugs that appears on the face of the indictment. Alleyene, supra, Petitioner was only to be sentenced for the amount pills (MDMA) (31.1 grams of metamphetamine, acutal) that was onhte face of the indictment.

-4-

## CONCLUSION

Wherefore, based on the  above cited cases and points of law petitioner prays that this Honorable Court resentenced him to a lower Guideline Sentence that is conducive with the Offense Level (26) that is more in line with the amount of drugs that appeared on the face of his indictment.

Respectfully submitted,

April __28__, 2014.

Gregorio DeJesus
Pro Se Petitioner
Reg. No. 70775-054
Federal Correctional Institution
Post Office Box 420
Fairton, New Jersey 08320-0420

]

-5-

ADDENDUM

In United States v. Corsentino, 685 F.2d 48,51 (2rd Cir. 1982) it was reasoned that the circumstances surrounding guilty pleas are totally different from those presented in Frady. Frady, 456 U.S. at 167-68. Applying this concept to the petitioner's case  See Engle v. Issac, 456 U.S. 107 (1982) where it was held that "...since the concepts of cause and prejudice are not rigid, but 'take their meaning from...principles of comity and fanality...., in appropriate cases those principles must yield to the imperative of correcting a fundamental unjust incarceration....We are confident that victims of a fundamental miscarriage of justice will meet the cause-andprejudice standard." id. In Murray v. Carrier, 477 U.S. 478, 496 (1985). The Court went on to say "Where a constitutional violation has probably resulted in the conviction of one who is actually innocent, a federal habeas court may grant the writ even in the absence of showing of cause for the procedural default."

In Smith v. Murray, 477 US. at 538-39, the Supreme Court did imply that the actual innocence exception may apply to no-eaptial sentencing cases.

The Probation Department prepared petitioner's Presentence Investigation Report which was used by the Court to place him in the appropriate Guideline Range for sentenicng. Said Range looked like the following.

-6-

EXHIBIT F

DeJesus, Gregorio

9

P57743 - J. Thomas

### Adjustment for Obstruction of Justice

35.  The probation officer has no information to suggest that the defendant impeded or obstructed justice at the time of the arrest, or during the investigation or prosecution of the offense.

### Adjustment for Acceptance of Responsibility

36.  During the presentence interview, the defendant stated he feels terrible about his involvement in the instant offense. He reported that he was unemployed and on the verge of hunger when he decided to sell drugs. DeJesus stated that he sold "meth pills" that he thought were ecstacy pills to an undercover police officer for profit. He related that he accepts responsibility for his actions and feels completely ashamed.

### Offense Level Computation

37.  The November 1, 2009, edition of the Guidelines Manual has been used in this case.

Count 1 - Conspiracy to Distribute Narcotics                        EX-F

38.  **Base Offense Level:** The guideline for a violation of 21 USC 846 is found in §2D1.1(a)(5). Pursuant to §2D1.1 Application Note 10(B), a single offense level is obtained where differing controlled substances are involved by converting each of the drugs to its marijuana equivalent. As stated in the offense conduct, the conspiracy involved 1,780.3 grams of 3,4 methylenedioxy-methamphetamine and 506.1 grams of methamphetamine. 1,780.3 grams of 3,4 methylenedioxy-methamphetamine converts to 890.15 kilograms of marijuana and 506.1 grams of methamphetamine converts to marijuana 1,012.1 kilograms to marijuana. The total amount of marijuana obtained from the conversion is 1,902.15 kilograms. Pursuant to §2D1.1(c)(4), since the sum of marijuana obtained  from the conversion is at least 1,000 kilograms, but less than 3,000 kilograms of marijuana the base offense level is 32.        32

39.  **Specific Offense Characteristic:** Pursuant to §2D1.1(b)(4), because the offense level involved the importation of methamphetamine, the defendant's offense level is increased 2 levels                                                                          +2

40.  **Victim-Related Adjustments:** None.                                          0

41.  **Adjustments for Role in the Offense:** The defendant was responsible for obtaining and distributing the narcotics, and directing individuals in the distribution of Ecstasy and methamphetamine.  Pursuant to § 3B1.1(c), the offense is increased two levels.        +2

42.  **Adjustment for Obstruction of Justice:** None.                              0

Base Offense Level 32; Specific Offense Characteristic +2
Adjustment For Role In Offense +2; Acceptance Of Responsibility
-2; Adjusted Offense Level -3, which gave Petitioner a Total of
31 points; plus Criminal History I, resulting in a Sentencing
Range of  (108-135 months).  But based on the face of the
indictment (31.1 grams of actual metaphetamine) Petitioner's Base
Offense Level  have been 25  and using the above additions and
substractions his Sentencing Range should have been in (57-71
months.

3.   The controlled substances involved in the offense were 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, in violation of Title 21, United States Codes, Sections 812, 841(a)(1) and 841(b)(1)(A) and 3,4 methylenedioxy-methamphetamine ("MDMA" or "Ecstasy"), in violation of Sections 812, 841(a)(1) and 841(b)(1)(C) of Title 21, United States Code.

## Overt Acts

4.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about April 30, 2009, EDY DeJESUS, a/k/a "The Engineer," the defendant, met with a confidential informant ("CI") in Queens, New York and agreed to sell the CI Ecstasy pills for $2.90 to $3.00 per pill.

b.   On or about July 16, 2009, GREGORIO DeJESUS, a/k/a "Goyo," the defendant, provided 895 pills, each of which contained a mixture of caffeine and methamphetamine, to the CI in New York, New York.

c.   On or about September 17, 2009, DANIEL ALEJANDRO MIRANDA-COLON, a/k/a "Jesus," the defendant, met with a CI in New York, New York and agreed to sell the CI Ecstasy pills for $3.25 per pill.

(Title 21, United States Code, Section 846.)

2

EXHIBIT B



**U.S. Department of Justice**
**Drug Enforcement Administration**

## LABORATORY REPORT

TO:   NEW YORK FIELD DIVISION                    CASE NUMBER: ▉▉▉▉▉▉

FROM:  NORTHEAST LABORATORY
       99 TENTH AVENUE, SUITE 721
       NEW YORK, NEW YORK 10011

### RESULTS AND CONCLUSIONS:

| Exh. No. | Lab No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. Or Purity | Amount of Actual Drug | Reserve Weight |
|----------|---------|------------------------------------------------------|--------------|------------|------------------|------------------------|----------------|
| 3 | 282029 | methamphetamine hydrochloride | 540.8g | 494.8g (895 tablets) | 34.8mg/tablet (+/- 2.2 mg/tablet*) | 31.1g | 493.3g (892.5 tablets) |

Remarks:

Exhibit # 3 also contains caffeine.

\* This value represents the quantitative uncertainty measurement estimate for the DEA laboratory system.

Analyzed By:  CINDY VITALE                             Date:   22-Jul-09
              SENIOR FORENSIC CHEMIST
              (Signature, Printed Name, Title)

Approved By:  THOMAS M. BLACKWELL                      Date:   7/30/09
              LABORATORY DIRECTOR
              (Signature, Printed Name, Title)

EXHIBIT C

● At least 200 G but less than 350 G of Methamphetamine, or at least 40 G but less
  than 70 G of Methamphetamine (actual), or at least 40 G but less than 70 G of
  "Ice";
● At least 4 G but less than 7 G of LSD (or the equivalent amount of other Schedule
  I or II Hallucinogens);
● At least 160 G but less than 280 G of Fentanyl;
● At least 40 G but less than 70 G of a Fentanyl Analogue;
● At least 400 KG but less than 700 KG of Marihuana;
● At least 80 KG but less than 140 KG of Hashish;
● At least 8 KG but less than 14 KG of Hashish Oil.

(7) ● At least 100 G but less than 400 G of Heroin (or the equivalent amount of other          **Level 26**
       Schedule I or II Opiates);
    ● At least 500 G but less than 2 KG of Cocaine (or the equivalent amount of other
       Schedule I or II Stimulants);
    ● At least 5 G but less than 20 G of Cocaine Base;
    ● At least 100 G but less than 400 G of PCP, or at least 10 G but less than 40 G of
       PCP (actual);
    ● At least 50 G but less than 200 G of Methamphetamine, or at least 10 G but less
       than 40 G of Methamphetamine (actual), or at least 10 G but less than 40 G of
       "Ice";
    ● At least 1 G but less than 4 G of LSD (or the equivalent amount of other Schedule
       I or II Hallucinogens);
    ● At least 40 G but less than 160 G of Fentanyl;
    ● At least 10 G but less than 40 G of a Fentanyl Analogue;
    ● At least 100 KG but less than 400 KG of Marihuana;
    ● At least 20 KG but less than 80 KG of Hashish;
    ● At least 2 KG but less than 8 KG of Hashish Oil.

(8) ● At least 80 G but less than 100 G of Heroin (or the equivalent amount of other           **Level 24**
       Schedule I or II Opiates);
    ● At least 400 G but less than 500 G of Cocaine (or the equivalent amount of other
       Schedule I or II Stimulants);
    ● At least 4 G but less than 5 G of Cocaine Base;
    ● At least 80 G but less than 100 G of PCP, or at least 8 G but less than 10 G of
       PCP (actual);
    ● At least 40 G but less than 50 G of Methamphetamine, or at least 8 G but less
       than 10 G of Methamphetamine (actual), or at least 8 G but less than 10 G of
       "Ice";
    ● At least 800 MG but less than 1 G of LSD (or the equivalent amount of other
       Schedule I or II Hallucinogens);
    ● At least 32 G but less than 40 G of Fentanyl;
    ● At least 8 G but less than 10 G of a Fentanyl Analogue;
    ● At least 80 KG but less than 100 KG of Marihuana;
    ● At least 16 KG but less than 20 KG of Hashish;
    ● At least 1.6 KG but less than 2 KG of Hashish Oil.

(9) ● At least 60 G but less than 80 G of Heroin (or the equivalent amount of other            **Level 22**
       Schedule I or II Opiates);
    ● At least 300 G but less than 400 G of Cocaine (or the equivalent amount of other

## SENTENCING TABLE
### (in months of imprisonment)

EXHIBIT E

| Offense Level | Criminal History Category (Criminal History Points) | | | | | |
|---|---|---|---|---|---|---|
| | I (0 or 1) | II (2 or 3) | III (4, 5, 6) | IV (7, 8, 9) | V (10, 11, 12) | VI (13 or more) |
| **Zone A** 1 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 |
| 2 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 1-7 |
| 3 | 0-6 | 0-6 | 0-6 | 0-6 | 2-8 | 3-9 |
| 4 | 0-6 | 0-6 | 0-6 | 2-8 | 4-10 | 6-12 |
| 5 | 0-6 | 0-6 | 1-7 | 4-10 | 6-12 | 9-15 |
| 6 | 0-6 | 1-7 | 2-8 | 6-12 | 9-15 | 12-18 |
| 7 | 0-6 | 2-8 | 4-10 | 8-14 | 12-18 | 15-21 |
| 8 | 0-6 | 4-10 | 6-12 | 10-16 | 15-21 | 18-24 |
| **Zone B** 9 | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| 10 | 6-12 | 8-14 | 10-16 | 15-21 | 21-27 | 24-30 |
| **Zone C** 11 | 8-14 | 10-16 | 12-18 | 18-24 | 24-30 | 27-33 |
| 12 | 10-16 | 12-18 | 15-21 | 21-27 | 27-33 | 30-37 |
| 13 | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| 14 | 15-21 | 18-24 | 21-27 | 27-33 | 33-41 | 37-46 |
| 15 | 18-24 | 21-27 | 24-30 | 30-37 | 37-46 | 41-51 |
| 16 | 21-27 | 24-30 | 27-33 | 33-41 | 41-51 | 46-57 |
| 17 | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |
| 18 | 27-33 | 30-37 | 33-41 | 41-51 | 51-63 | 57-71 |
| 19 | 30-37 | 33-41 | 37-46 | 46-57 | 57-71 | 63-78 |
| 20 | 33-41 | 37-46 | 41-51 | 51-63 | 63-78 | 70-87 |
| 21 | 37-46 | 41-51 | 46-57 | 57-71 | 70-87 | 77-96 |
| 22 | 41-51 | 46-57 | 51-63 | 63-78 | 77-96 | 84-105 |
| 23 | 46-57 | 51-63 | 57-71 | 70-87 | 84-105 | 92-115 |
| 24 | 51-63 | 57-71 | 63-78 | 77-96 | 92-115 | 100-125 |
| 25 | 57-71 | 63-78 | 70-87 | 84-105 | 100-125 | 110-137 |
| 26 | 63-78 | 70-87 | 78-97 | 92-115 | 110-137 | 120-150 |
| 27 | 70-87 | 78-97 | 87-108 | 100-125 | 120-150 | 130-162 |
| **Zone D** 28 | 78-97 | 87-108 | 97-121 | 110-137 | 130-162 | 140-175 |
| 29 | 87-108 | 97-121 | 108-135 | 121-151 | 140-175 | 151-188 |
| 30 | 97-121 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 |
| 31 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 |
| 32 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 |
| 33 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 |
| 34 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 |
| 35 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 |
| 36 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 |
| 37 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life |
| 38 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life | 360-life |
| 39 | 262-327 | 292-365 | 324-405 | 360-life | 360-life | 360-life |
| 40 | 292-365 | 324-405 | 360-life | 360-life | 360-life | 360-life |
| 41 | 324-405 | 360-life | 360-life | 360-life | 360-life | 360-life |
| 42 | 360-life | 360-life | 360-life | 360-life | 360-life | 360-life |
| 43 | life | life | life | life | life | life |

DeJesus, Gregorio

9

P57743 - J. Thomas

Adjustment for Obstruction of Justice

35.   The probation officer has no information to suggest that the defendant impeded or obstructed justice at the time of the arrest, or during the investigation or prosecution of the offense.

Adjustment for Acceptance of Responsibility

36.   During the presentence interview, the defendant stated he feels terrible about his involvement in the instant offense. He reported that he was unemployed and on the verge of hunger when he decided to sell drugs. DeJesus stated that he sold "meth pills" that he thought were ecstacy pills to an undercover police officer for profit. He related that he accepts responsibility for his actions and feels completely ashamed.

Offense Level Computation

37.   The November 1, 2009, edition of the Guidelines Manual has been used in this case.

Count 1 - Conspiracy to Distribute Narcotics

*EX-F*

38.   **Base Offense Level:** The guideline for a violation of 21 USC 846 is found in §2D1.1(a)(5). Pursuant to §2D1.1 Application Note 10(B), a single offense level is obtained where differing controlled substances are involved by converting each of the drugs to its marijuana equivalent. As stated in the offense conduct, the conspiracy involved 1,780.3 grams of 3,4 methylenedioxy-methamphetamine and 506.1 grams of methamphetamine. 1,780.3 grams of 3,4 methylenedioxy-methamphetamine converts to 890.15 kilograms of marijuana and 506.1 grams of methamphetamine converts to marijuana 1,012.1 kilograms to marijuana. The total amount of marijuana obtained from the conversion is 1,902.15 kilograms. Pursuant to §2D1.1(c)(4), since the sum of marijuana obtained  from the conversion is at least 1,000 kilograms, but less than 3,000 kilograms of marijuana the base offense level is 32.        32

39.   **Specific Offense Characteristic:** Pursuant to §2D1.1(b)(4), because the offense level involved the importation of methamphetamine, the defendant's offense level is increased 2 levels        +2

40.   **Victim-Related Adjustments:** None.        0

41.   **Adjustments for Role in the Offense:** The defendant was responsible for obtaining and distributing the narcotics, and directing individuals in the distribution of Ecstasy and methamphetamine.  Pursuant to § 3B1.1(c), the offense is increased two levels.        +2

42.   **Adjustment for Obstruction of Justice:** None.        0

Base Offense Level 32; Specific Offense Characteristic +2 Adjustment For Role In Offense +2; Acceptance Of Responsibility -2; Adjusted Offense Level -3, which gave Petitioner a Total of 31 points; plus Criminal History I, resulting in a Sentencing Range of (108-135 months). But based on the face of the indictment (31.1 grams of actual metaphetamine) Petitioner's Base Offense Level have been 25 and using the above additions and substractions his Sentencing Range should have been in (57-71 months.

3. The controlled substances involved in the offense were 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, in violation of Title 21, United States Codes, Sections 812, 841(a)(1) and 841(b)(1)(A) and 3,4 methylenedioxy-methamphetamine ("MDMA" or "Ecstasy"), in violation of Sections 812, 841(a)(1) and 841(b)(1)(C) of Title 21, United States Code.

## Overt Acts

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about April 30, 2009, EDY DeJESUS, a/k/a "The Engineer," the defendant, met with a confidential informant ("CI") in Queens, New York and agreed to sell the CI Ecstasy pills for $2.90 to $3.00 per pill.

b. On or about July 16, 2009, GREGORIO DeJESUS, a/k/a "Goyo," the defendant, provided 895 pills, each of which contained a mixture of caffeine and methamphetamine, to the CI in New York, New York.

c. On or about September 17, 2009, DANIEL ALEJANDRO MIRANDA-COLON, a/k/a "Jesus," the defendant, met with a CI in New York, New York and agreed to sell the CI Ecstasy pills for $3.25 per pill.

(Title 21, United States Code, Section 846.)

2

EXHIBIT B



**U.S. Department of Justice**
**Drug Enforcement Administration**

## LABORATORY REPORT

TO:   NEW YORK FIELD DIVISION                           CASE NUMBER: ▇▇▇▇▇▇

FROM:  NORTHEAST LABORATORY
       99 TENTH AVENUE, SUITE 721
       NEW YORK, NEW YORK 10011

RESULTS AND CONCLUSIONS:

| Exh. No. | Lab No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. Or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 3 | 202029 | methamphetamine hydrochloride | 540.8g | 494.8g (895 tablets) | 34.8mg/tablet (+/- 2.2 mg/tablet*) | 31.1g | 493.3g (892.5 tablets) |

Remarks:

Exhibit # 3 also contains caffeine.

\* This value represents the quantitative uncertainty measurement estimate for the DEA laboratory system.

Analyzed By:  CINDY VITALE
             SENIOR FORENSIC CHEMIST           Date:   22-Jul-09
             (Signature, Printed Name, Title)

Approved By:  THOMAS M. BLACKWELL
             LABORATORY DIRECTOR              Date:   7/30/09
             (Signature, Printed Name, Title)

Form LS-05-010 (Feb 2009)                                        Page 1 of 1

160

- At least 200 G but less than 350 G of Methamphetamine, or at least 40 G but less than 70 G of Methamphetamine (actual), or at least 40 G but less than 70 G of "Ice";
- At least 4 G but less than 7 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 160 G but less than 280 G of Fentanyl;
- At least 40 G but less than 70 G of a Fentanyl Analogue;
- At least 400 KG but less than 700 KG of Marihuana;
- At least 80 KG but less than 140 KG of Hashish;
- At least 8 KG but less than 14 KG of Hashish Oil.

(7)  
- At least 100 G but less than 400 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
- At least 500 G but less than 2 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
- At least 5 G but less than 20 G of Cocaine Base;
- At least 100 G but less than 400 G of PCP, or at least 10 G but less than 40 G of PCP (actual);
- At least 50 G but less than 200 G of Methamphetamine, or at least 10 G but less than 40 G of Methamphetamine (actual), or at least 10 G but less than 40 G of "Ice";
- At least 1 G but less than 4 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 40 G but less than 160 G of Fentanyl;
- At least 10 G but less than 40 G of a Fentanyl Analogue;
- At least 100 KG but less than 400 KG of Marihuana;
- At least 20 KG but less than 80 KG of Hashish;
- At least 2 KG but less than 8 KG of Hashish Oil.

**Level 26**

(8)  
- At least 80 G but less than 100 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
- At least 400 G but less than 500 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
- At least 4 G but less than 5 G of Cocaine Base;
- At least 80 G but less than 100 G of PCP, or at least 8 G but less than 10 G of PCP (actual);
- At least 40 G but less than 50 G of Methamphetamine, or at least 8 G but less than 10 G of Methamphetamine (actual), or at least 8 G but less than 10 G of "Ice";
- At least 800 MG but less than 1 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 32 G but less than 40 G of Fentanyl;
- At least 8 G but less than 10 G of a Fentanyl Analogue;
- At least 80 KG but less than 100 KG of Marihuana;
- At least 16 KG but less than 20 KG of Hashish;
- At least 1.6 KG but less than 2 KG of Hashish Oil.

**Level 24**

(9)  
- At least 60 G but less than 80 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
- At least 300 G but less than 400 G of Cocaine (or the equivalent amount of other

**Level 22**

# SENTENCING TABLE
## (in months of imprisonment)

| Offense Level | Criminal History Category (Criminal History Points) | | | | | |
|---|---|---|---|---|---|---|
| | I (0 or 1) | II (2 or 3) | III (4, 5, 6) | IV (7, 8, 9) | V (10, 11, 12) | VI (13 or more) |
| **Zone A** | | | | | | |
| 1 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 |
| 2 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 1-7 |
| 3 | 0-6 | 0-6 | 0-6 | 0-6 | 2-8 | 3-9 |
| 4 | 0-6 | 0-6 | 0-6 | 2-8 | 4-10 | 6-12 |
| 5 | 0-6 | 0-6 | 1-7 | 4-10 | 6-12 | 9-15 |
| 6 | 0-6 | 1-7 | 2-8 | 6-12 | 9-15 | 12-18 |
| 7 | 0-6 | 2-8 | 4-10 | 8-14 | 12-18 | 15-21 |
| 8 | 0-6 | 4-10 | 6-12 | 10-16 | 15-21 | 18-24 |
| **Zone B** 9 | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| 10 | 6-12 | 8-14 | 10-16 | 15-21 | 21-27 | 24-30 |
| **Zone C** 11 | 8-14 | 10-16 | 12-18 | 18-24 | 24-30 | 27-33 |
| 12 | 10-16 | 12-18 | 15-21 | 21-27 | 27-33 | 30-37 |
| 13 | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| 14 | 15-21 | 18-24 | 21-27 | 27-33 | 33-41 | 37-46 |
| 15 | 18-24 | 21-27 | 24-30 | 30-37 | 37-46 | 41-51 |
| 16 | 21-27 | 24-30 | 27-33 | 33-41 | 41-51 | 46-57 |
| 17 | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |
| 18 | 27-33 | 30-37 | 33-41 | 41-51 | 51-63 | 57-71 |
| 19 | 30-37 | 33-41 | 37-46 | 46-57 | 57-71 | 63-78 |
| 20 | 33-41 | 37-46 | 41-51 | 51-63 | 63-78 | 70-87 |
| 21 | 37-46 | 41-51 | 46-57 | 57-71 | 70-87 | 77-96 |
| 22 | 41-51 | 46-57 | 51-63 | 63-78 | 77-96 | 84-105 |
| 23 | 46-57 | 51-63 | 57-71 | 70-87 | 84-105 | 92-115 |
| 24 | 51-63 | 57-71 | 63-78 | 77-96 | 92-115 | 100-125 |
| 25 | 57-71 | 63-78 | 70-87 | 84-105 | 100-125 | 110-137 |
| 26 | 63-78 | 70-87 | 78-97 | 92-115 | 110-137 | 120-150 |
| 27 | 70-87 | 78-97 | 87-108 | 100-125 | 120-150 | 130-162 |
| **Zone D** 28 | 78-97 | 87-108 | 97-121 | 110-137 | 130-162 | 140-175 |
| 29 | 87-108 | 97-121 | 108-135 | 121-151 | 140-175 | 151-188 |
| 30 | 97-121 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 |
| 31 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 |
| 32 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 |
| 33 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 |
| 34 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 |
| 35 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 |
| 36 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 |
| 37 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life |
| 38 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life | 360-life |
| 39 | 262-327 | 292-365 | 324-405 | 360-life | 360-life | 360-life |
| 40 | 292-365 | 324-405 | 360-life | 360-life | 360-life | 360-life |
| 41 | 324-405 | 360-life | 360-life | 360-life | 360-life | 360-life |
| 42 | 360-life | 360-life | 360-life | 360-life | 360-life | 360-life |
| 43 | life | life | life | life | life | life |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BYRON RODAS

                -against-

FAMILY SERVICES, INC.
RISC PROGRAM
KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC
SHANNON TATE CLINICIAN AT THE RISC PROGRAM
------------------------------------------------------------------------X

___ Civ. ____ (__) (__)
**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

      I, Byron Rodas, am the plaintiff/petitioner in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fee or costs or give security. I sate that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and that I believe I am entitled to redress.

1.     If you are presently employed:
          a) give the name and address of your employer
          b) state the amount of your earnings per month

   *Not employed*

2.     If you are NOT PRESENTLY EMPLOYED:
          a) state the date of start and termination of your last employment
          b) state your earnings per month

**YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3.     Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_____

a) Are you receiving any public benefits?     Yes ☐ No ☒, $_____.
b) Do you receive any income from any other source?     Yes ☐ No ☒, $_____.

4.     Do you have any money, including any money in a checking or savings account? If, so, how much?
          Yes ☐ No ☒, $_____

5.     Do you own any apartment, house, building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

          Yes ☒ No ☐, $-60,000.

MAY -9 2014 PRO SE OFFICE

6.      Do you pay for rent or for a mortgage? If so, how much each month?

        Yes ⊠ No ☐, $2,500.

7.      List the person(s) that you pay money to support and the amount you pay each month.
*Denise Parmentier $2,316*

8.      State any special financial circumstances which the Court should consider.

        *My wife and I are filing for Bankruptcy I don't know what if anything will be left over.*

        I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _5_ day of _____*MAy*_____ ,*2014*

_____ /B. Rodo____
                         /*Signature*

            Byron Rodas 13R3273

**United States District Court**
**Southern District of New York**

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: BYRON RODAS -v-    **FAMILY SERVICES, INC.**
                     **RISC PROGRAM**
                     **KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC**
                     **SHANNON TATE CLINICIAN AT THE RISC PROGRAM**

NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE RETURN DATE OF THIS NOTICE.

The Prison Litigation Reform Act ("PLRA" or "Act") amend the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient finds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, Byron Rodas (print or type your name), request and authorize the agency holding me in custody to sent to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT MY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

Date Signed ____5, M A y____, 2014

_____
Signature of Plaintiff
N.Y.S.I.D # _13R3273_
Local Jail/Facility I.D.# _____
Federal Bureau of Prisons I.D. # _____

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BYRON RODAS,

        Claimant,

     vs.

FAMILY SERVICES, INC.
RISC PROGRAM
KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC
SHANNON TATE CLINICIAN AT THE RISC PROGRAM

        Defendant.
-------------------------------------------------------------X

**APPLICATION FOR
APPOINTMENT OF COUNSEL
Pursuant to 18 U.S.C.
§3006A(g)**



1.     Name of applicant: *Byron Rodas*

2.     Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

    *I do not know the Court Rules and the case is complicated.*

3.     Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

4.     I you need a lawyer who speaks in a language other than English, state what language you speak: *Spanish.*

    I declare under penalty of perjury that my answers to the foregoing questions are true to the best of my knowledge. I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the Court.

    I understand that if my answers on any application to Proceed In Forma Pauperis are false, my case can be dismissed.

Dated: ___5, M ä y___,2014

                       Respectfully submitted,

                       Byron Rodas, #13R3273
                       Claimant, "Pro-Se"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**BYRON RODAS**

               Claimant,                          **AFFIDAVIT OF SERVICE**

                                                   **Docket No.**

     vs.

**FAMILY SERVICES, INC.**
**RISC PROGRAM**
**KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC**
**SHANNON TATE CLINICIAN AT THE RISC PROGRAM**

               Defendants.
-------------------------------------------------------------X

        Claimant, Byron Rodas, affirms under penalty of perjury the foregoing:

        That he has on the ___5___ day of ____MAy____ , 2014, served: with a true an accurate copy of this Claim along with my supporting by regular first class mail, by placing such in a properly sealed postage paid envelope and depositing same in a mailbox at Clinton Correctional Facility, to be mailed by the U.S. Postal Service.

                                        Respectfully submitted,

                                        Byron Rodas, #13R3273
                                        Clinton Correctional Facility
                                        P.O. Box 2001
                                        Dannemora, New York 12929

cc:  File

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BYRON RODAS

___ Civ. ____ (__) (__)

-against-

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

FAMILY SERVICES, INC.
RISC PROGRAM
KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC
SHANNON TATE CLINICIAN AT THE RISC PROGRAM
------------------------------------------------------------------------X

I, Byron Rodas, am the plaintiff/petitioner in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fee or costs or give security. I sate that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and that I believe I am entitled to redress.

1.    If you are presently employed:
         a) give the name and address of your employer
         b) state the amount of your earnings per month

     *Not employed*

2.    If you are NOT PRESENTLY EMPLOYED:
         a) state the date of start and termination of your last employment
         b) state your earnings per month

**YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3.    Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_____

a) Are you receiving any public benefits?              Yes ☐ No ☒, $_____.
b) Do you receive any income from any other source?   Yes ☐ No ☒, $_____.

4.    Do you have any money, including any money in a checking or savings account? If, so, how much?
         Yes ☐ No ☒, $_____

5.    Do you own any apartment, house, building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

         Yes ☒ No ☐, $-60,000.

6.   Do you pay for rent or for a mortgage? If so, how much each month?

        Yes ☒ No ☐, $2,500.

7.   List the person(s) that you pay money to support and the amount you pay each month.
     *Denise Parmentier $2,316*

8.   State any special financial circumstances which the Court should consider.

     *My wife and I are filing for Bankruptcy I don't know what if anything will be left over.*


        I understand that the Court shall dismiss this case if I give a false answer to any questions
in this declaration.



**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _5_ day of _____*M A y*_____, *2014*




_____
                            / Signature
      Byron Rodas 13R3273

**United States District Court**
**Southern District of New York**

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: BYRON RODAS -v-    FAMILY SERVICES, INC.
    RISC PROGRAM
    KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC
    SHANNON TATE CLINICIAN AT THE RISC PROGRAM

NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS
PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS
COURT WITHIN FORTY-FIVE (45) DAYS FROM THE RETURN DATE OF THIS NOTICE.

The Prison Litigation Reform Act ("PLRA" or "Act") amend the *in forma pauperis*
statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the
full filing fee when bringing a civil action if you are currently incarcerated or detained in any
facility. If you do not have sufficient finds in your prison account at the time your action is filed,
the Court must assess and collect payments until the entire filing fee of $350 has been paid, no
matter what the outcome of the action.

*************************************************************************************
SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, Byron Rodas (print or type your name), request and authorize the agency holding me in
custody to sent to the Clerk of the United States District Court for the Southern District of New York, a
certified copy of my prison account statement for the past six months. I further request and authorize the
agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those
amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to
the United States District Court for the Southern District of New York. This authorization shall apply to
any agency into whose custody I may be transferred.

I UNDERSTAND THAT MY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE
ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC
DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

Date Signed _____5, M A y_____, 2014

_____
Signature of Plaintiff
N.Y.S.I.D # _13 R 32 73_____
Local Jail/Facility I.D.# _____
Federal Bureau of Prisons I.D. # _____

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BYRON RODAS,

                Claimant,

    vs.

FAMILY SERVICES, INC.
RISC PROGRAM
KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC
SHANNON TATE CLINICIAN AT THE RISC PROGRAM

                Defendant.

-------------------------------------------------------------X

**APPLICATION FOR
APPOINTMENT OF COUNSEL
Pursuant to 18 U.S.C.
§3006A(g)**

PRO SE OFFICE

1.    Name of applicant: *Byron Rodas*

2.    Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

    *I do not know the Court Rules and the case is complicated.*

3.    Explain what steps you have taken to find an attorney and with what results.  (Use additional paper if necessary.)

4.    I you need a lawyer who speaks in a language other than English, state what language you speak: *Spanish.*

    I declare under penalty of perjury that my answers to the foregoing questions are true to the best of my knowledge. I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the Court.

    I understand that if my answers on any application to Proceed In Forma Pauperis are false, my case can be dismissed.

Dated:   5 , M A Y ,2014

                                  Respectfully submitted,

                                  Byron Rodas, #13R3273
                                  Claimant, "Pro-Se"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BYRON RODAS

                 Claimant,                              **AFFIDAVIT OF SERVICE**

                                                       **Docket No.**

    vs.

FAMILY SERVICES, INC.
RISC PROGRAM
KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC
SHANNON TATE CLINICIAN AT THE RISC PROGRAM

                 Defendants.
--------------------------------------------------------X

       Claimant, Byron Rodas, affirms under penalty of perjury the foregoing:

       That he has on the ___5___ day of ____MAY____, 2014, served: with a true an accurate copy of this Claim along with my supporting by regular first class mail, by placing such in a properly sealed postage paid envelope and depositing same in a mailbox at Clinton Correctional Facility, to be mailed by the U.S. Postal Service.

                                         Respectfully submitted,

                                        Byron Rodas, #13R3273
                                        Clinton Correctional Facility
                                        P.O. Box 2001
                                        Dannemora, New York 12929

cc: File

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
**BYRON RODAS**

-against-

**COMPLAINT**
Under the Civil Rights Act,
42 U.S.C. § 1983
(Prisoner Complaint)

**FAMILY SERVICES, INC.**
**RISC PROGRAM**
**KELLY BLUNT CLINICAL SUPERVISOR AT THE RISC**
**SHANNON TATE CLINICIAN AT THE RISC PROGRAM**
-----------------------------------------------------------------------------X

Jury Trial:   Yes   No

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
       confinement. Do the same for any additional plaintiff's named. Attach additional sheets
       of paper as necessary.

       Byron Rodas,
       Clinton Correctional Facility Main
       P.O. Box 2001
       Dannemora, N.Y. 12929

B.     List all the defendants' names, positions, places of employment, and the address where
       each defendant may be served. Make sure that the defendant(s) listed below are identical
       to those contained in the above caption. Attach additional sheets of paper as necessary.

       ▪ Family services, Inc.
       ▪ Risc program
       ▪ Kelly Blunt, Clinical Supervisor at the Risc
       ▪ Shannon Tate, Clinician at the Risc Program

       Family Services – Risc Program
       29 North Hamilton
       Poughkeepsie, N.Y. 12601

## II. Statement of Claim:

State as briefly as possible to <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may which to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

### Facts

Byron Rodas was a client of Family Services, Inc attending their Risc (Relapse Intervention for sex crimes) program, the court's stipulation of interim supervision. The Plaintiff started the program (Risc) run by Family Services, Inc. on November 2012. At the time of acceptance into the Risc program, the plaintiff Byron Rodas was provided with the "Offender Client Handbook", which outlines the rules, regulations, and procedures of the Risc program.

Around the 15th week of treatment, (equivalent to 37.5 hours, of which 22.5 hours were introductory ones; 15 hours of group treatment) 3-19-13, I was asked to take a polygraph test (a contract between Risk and plaintiff were signed on 2-11-13 (for that purpose). After taking the polygraph the defendant Shannon Tate, told me not to come back to the Risc program until further notice.

On or about 6-4-12, and 6-24-13 defendant Kelly Blunt under oath provided misleading and false testimony, about the conduction of the plaintiff's treatment at the Risc Program. The plaintiff was never served of a copy of the discharge notice. Denying him the opportunity to proper defense or grievance the accounts. Even until this day plaintiff does not know for a fact the reason and kind of discharge he was given.

Plaintiff was discharged after only 15 weeks of the treatment in which not even one assignment from a book called the "Road of Freedom", their primary handbook, was assigned to plaintiff. The Risc Program is an on-going treatment, with a minimum of 2 years. Plaintiff fully complied with all of the rules and regulations mandated by the Risc program. The Risc Program did not give him a single evaluation, which is required to be twice a year (at the first 26 weeks into the program). He had 100% attendance, made all of his payments, submitted every homework assignment, and never had any verbal interventions. The polygraph test, according to the Risc Program's handbook, is to be used to set better treatment goals, and if he fails one of the polygraphs a second should take place according to the contract signed on 2-11-13.

Plaintiff was denied equal protection and due process of law as guaranteed by the Fourteenth amendment of the United States Constitution when he was not given an opportunity by the defendants prior to his discharge to state his objections thereto before said discharge from the Risc Program became effective nor was he provided of the proper discharge summary

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C.§ 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ☐ No ☒

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s)

B.  Does the jail, prison or other correctional facility where you claim(s) arose have a grievance procedure?

Yes ☐ No ☐      Don't Know ☐

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ☐ No ☒      Don't Know ___

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison or other correctional facility where your claim(s) arose?

Yes ☐ No ☒      Don't Know ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison or other correctional facility?

Yes ☐ No ☒      Don't Know ___

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1.  Which claim(s) in this complaint did you grieve?

_____

2.  What was the result, if any?

_____

3.      What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____
_____
_____

If you did not file a grievance:

1.      **If there are any reasons why you did not file a grievance, state them here:** *The facility did not give me an opportunity to grieve the situation. After telling me not to return to the program I was never given a discharge summary.*

2.      **If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: None**

**Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.** *On several occasions I've attempted to communicate with defendant but to no avail.*

<u>Note</u>:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

### Relief Punitive Damages

a)  Plaintiff is seeking a monetary relief in the amount of $5,000,000 from Shannon Tate for her participation an unprofessional (clinician) conduct that lead to plaintiff arbitrary and capricious discharge. Sued on her individual capacity.

b)  Plaintiff is seeking a monetary relief in the amount of $5,000,000 from Kelly Blunt (clinical supervisor of the Risc Program) for her participation as an individual and as a representative person from the Risc Program (Family Services, Inc) on plaintiff arbitrary and capricious discharge. Sued on her individual capacity.

c)  Plaintiff is seeking a monetary relief in the amount of $100,000,000 from Family, Service, Inc Risc program for failure to preserve and follow their own rules and regulations stipulated on the offender handbook.

## Compensatory Damages

d)  Plaintiff is seeking a monetary award compensatory in the amount of $75,000,000 from the Family Services Inc. Risc program for all the damaged in which plaintiff incurred and the amount of time he will have to spend to bring back his family his profession, his reputation, the psychological effects that are not visual at this time and the embarrassing time has to conform the for the rest of his life.

e)  Plaintiff is seeking monetary award compensatory in the amount of $5,000,000 from Shannon Tate an individual social worker working for Risc Program, Family Services Inc. For her unprofessional unresponsive behavior that led to Plaintiff arbitrary and capricious discharge without proper due process of law. Discharge that cause plaintiff his life, liberty and property. Sued on her individual capacity.

f)  Plaintiff is seeking monetary award in the amount of $5,000,000 from Kelly Blunt Clinical Supervisor in charge of Risk Program. An individual for her participation in plaintiff's arbitrary and capricious discharge without proper Due Process of law. Discharge that caused plaintiff his life, liberty and property. Sued on her individual capacity.

g)  Grant such other relief, as it may appear that plaintiff is entitled.

Plaintiff is seeking that amount of relief not knowing the grandiosity of damages cause to him by the arbitrary and capricious discharge, which is unlimited due to the new technology available, my reputation and other damages injuries. Like deprivation of Liberty, life property. My case as an effect of the unlawful discharge is of public opinion and searchable on the internet and all over the world.

**VI. Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___      No ☒

If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _5_ day of _____ M A Y _____, 2014.

Signature of Plaintiff _____ B. Rd _____
Byron Rodas Din# 13R3273
Clinton Correctional Facility Main
P.O. Box 2001
Dannemora, N.Y. 12929

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _5_ day of _____ M A Y _____, 2014, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York

Signature of Plaintiff _____ B. Rd _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patrick Deese-Navas

Plaintiff

-vs-

Attica Correctional Facility
John Doe # 1
John Doe # 2
In their individual and offical capacities, Defendant(s)

REQUEST TO PROCEED
IN FORMA PAUPERIS

MAY - 8 2014
PRO SE

I, _Patrick Deese-Navas_, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1.   If you are presently employed:
     a) give the name and address of your employer
     b) state the amount of your earnings per month          _N/A_

2.   If you are NOT PRESENTLY EMPLOYED:
     a) state the date of start and termination of your last employment
     b) state your earnings per month.
     YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

     _2007_

3.   Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

     _SSI, Public Assistance_

     a) Are you receiving any public benefits?      ☒ No.  ☐ Yes, $ _N/A_

     b) Do you receive any income from any other source?  ☒ No.  ☐ Yes, $ _N/A_

4.    Do you have any money, including any money in a checking or savings account? If so, how much?

_____ N/A _____

5.    Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No   ☐ Yes,  N/A _____

6.    List the person(s) that you pay money to support and the amount you pay each month.

_____ N/A _____

_____

7.    Do you pay for rent or for a mortgage? If so, how much each month?

_____ N/A _____

8.    State any special financial circumstances which the Court should consider.

_____

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this _8 th_ day of _April_ , _2014_ .

_____
                              (signature)

rev. 1/2001

# United States District Court
## Southern District of New York

### PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court this date: _____

RE: _Patrick Deese-Navas_____ v. _Attica Correctional Facility_

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

On April 26, 1996, the Prison Litigation reform Act ("PLRA" or "Act") was signed into law. This Act amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under these amendments, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $150 has been paid, no matter what the outcome of the action.

**************************************************************
SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, _Patrick Deese-Navas_____, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $150 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

_Patrick Deese_____         _April 8th 2014_____
Signature of Plaintiff                    Date Signed

N.Y.S.I.D. # _06614804-H_____

Local Prison I.D. # _10-A-3062_____

Federal B.O.P. I.D. # _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Patrick Deese-Navas_

                              Plaintiff

                    -vs-                        **REQUEST TO PROCEED**
_Attica Correctional Facility_                 **IN FORMA PAUPERIS**
  _John Doe # 1_
  _John Doe # 2_
_In their individual and official capacities_ Defendant(s)

PRO SE [stamp]    ___ - 8 2014


I, _Patrick Deese - Navas_, am the plaintiff in the above entitled case. I
hereby request to proceed without being required to prepay fees or costs or give security therefore.
I state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and I believe I am entitled to redress.

1.    If you are presently employed:
            a) give the name and address of your employer
            b) state the amount of your earnings per month

                                        _N/A_


2.    If you are **NOT PRESENTLY EMPLOYED:**
            a) state the date of start and termination of your last employment
            b) state your earnings per month.
      **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

                    _2007_


3.    Have you received, within the past twelve months, any money from any source? If so,
      name the source and the amount of money you received.

            _SSI, Public Assistance_

      a) Are you receiving any public benefits?       ☒No.  ☐ Yes, $ _N/A_

      b) Do you receive any income from any other source?  ☒No.  ☐ Yes, $ _N/A_

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_____ N/A _____

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No  ☐ Yes, _____ N/A _____

6. List the person(s) that you pay money to support and the amount you pay each month.

_____ N/A _____

_____

7. Do you pay for rent or for a mortgage? If so, how much each month?

_____ N/A _____

8. State any special financial circumstances which the Court should consider.

_____

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this __8th__ day of __April_____, 2014.

_____
(signature)

rev. 1/2001

## United States District Court
## Southern District of New York

### PRISONER AUTHORIZATION

**Mailed to Plaintiff by the Court this date:** _____

RE: _Patrick Deese-Navas_ **v.** _Attica Correctional Facility_

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

On April 26, 1996, the Prison Litigation reform Act ("PLRA" or "Act") was signed into law.  This Act amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case.  Under these amendments, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility.  If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $150 has been paid, no matter what the outcome of the action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _Patrick Deese-Navas_ , request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months.  I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $150 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

_Patrick Deese_         _April 8th 2014_
Signature of Plaintiff        Date Signed

N.Y.S.I.D. # _06614804-H_

Local Prison I.D. # _10-A-3062_

Federal B.O.P. I.D. # _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Patrick Deese-Navas_

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

v.

Jury Trial: Yes ✓   No ___
(check one)

Defendant No. 1 _Attica Correctional Facility_

Defendant No. 2 _Correctional Officer John Doe #1_

Defendant No. 3 _Correctional Officer John Doe #2_

Defendant No. 4 _____

Defendant No. 5 _____

MAY - 8 2014
PRO SE

(In the space above enter the full name(s) of the defendant(s). If
you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and attach
an additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. No addresses should be included here.)

I.     Parties in this complaint:

A.     List your name, identification number, and the name and address of your current place of
       confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
       as necessary.

Plaintiff     Name _Patrick Deese-Navas_
              ID # _10-A-3062_
              Current Institution _Downstate Correctional Facility_
              Address _Box F Red School House Road_
              _____ _Fishkill New York 12524-0445_

B.     List all defendants' names, positions, places of employment, and the address where each
       defendant may be served. Make sure that the defendant(s) listed below are identical to those
       contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name _Attica Correctional Facility_    Shield # _____
                   Where Currently Employed _Attica Correctional Facility_
                   Address _639 Exchange Street_
                   _Attica New York 14011_

Defendant No. 2    Name _John Doe #4_    Shield # _____
                   Where Currently Employed _Attica Correctional Facility_
                   Address _639 Exchange Street_
                   _Attica New York 14011_

Defendant No. 3    Name _Correctional Officer John Doe #2_ Shield # _____
                   Where Currently Employed _Attica Correctional Facility_
                   Address _639 Exchange Street_
                   _Attica New York 14011_

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____
      _Attica Correctional Facility_

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
      _D-Block Officer Station_

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
      _November 14, 2012_

D.      Facts:

| What happened to you? |

After a brief conversation with officer John Doe #1 he brought me to the officers station on D-Block where he told me to get on the wall I did and got patfrisked. After I was patfrisked one of the officers told me to turn around. After I turned around I got pummeled by

| Who did what? |

the officers John Doe # 4 and John Doe # 2. There were other officers standing very near who could have hit me but in truth I couldn't tell because I was hit too many times and then certainly John Doe # 2 split my right eyebrow

| Was anyone else involved? |

open. Afterwards I was cuffed and brought to the medical unit where I was treated for my injuries. Afterwards I was brought to the box where as to because of false reported tickets were written against me. I did nearly a year in the box in Mercy Correctional Facilitys

| Who else saw what happened? |

Regional Mental Health unit which is another class of the Special Housing Unit.

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Cut eyebrow, swollen jaw, and headache

IV.     **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  √    No ____

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Attica Correctional Facility_

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _✓_    No _____    Do Not Know _____

If YES, which claim(s)? _____

D.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes _____    No _✓_    Do Not Know _____

If YES, which claim(s)? _____

E.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

F.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Marcy Correctional Facility_

1.    Which claim(s) in this complaint did you grieve? _Assault and injuries_

2.    What was the result, if any? _An Inspector General came and talked to me but nothing was done and I never got a final outcome report._

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_N/A_

_____

_____

_____

_____

G.     If you did not file a grievance, did you inform any officials of your claim(s)?
Yes _____  No _____

1.     If YES, whom did you inform and when did you inform them?  _N/A_____

_____

_____

2.     If NO, why not?  _N/A_____

_____

_____

I.     Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies.  _I've written to the Inspector General/Deputy commissioner_

_____

_____

_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

## V.     Relief:

State what you want the court to do for you.  _On the account of the officers_
_actions which resulted to my pain and injuries, for the_
_time I had to suffer for, along with the mental anguish_
_I had endured which disturbs me deeply due to being_
_mentally disabled. This conduct by the officers worsened my_
_mental state by me dwelling in fear of other Department of_
_Correction officers striking me again. Based on the ordeal_
_I would like to ask the court for 200,000 dollars for the_
_justice of, for my pain and suffering and possible further_
_punishment for the officers' conduct, and having to_
_spend unreasonable time in the box for actions that had_
_not occured by me._

## VI.    Previous lawsuits:

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

Yes _____  No _✓_

On
these
claims

5

B.      If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.      Parties to this previous lawsuit:
Plaintiff _____ N/A
Defendants _____ N/A

2.      Court (if federal court, name the district; if state court, name the county) _____
_____ N/A _____

3.      Docket or Index number _____ N/A _____

4.      Name of Judge assigned to your case _____ N/A _____

5.      Approximate date of filing lawsuit _____ N/A _____

6.      Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____ N/A _____

7.      What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ N/A _____
_____
_____

D.      Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____   No ✓

On other claims

E.      If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.      Parties to this previous lawsuit:
Plaintiff _____ N/A
Defendants _____ N/A

2.      Court (if federal court, name the district; if state court, name the county) _____
_____ N/A _____

3.      Docket or Index number _____ N/A

4.      Name of Judge assigned to your case _____ N/A _____

5.      Approximate date of filing lawsuit: _____ N/A _____

6.      Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____ N/A _____

7.      What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ N/A _____
_____
_____

Signed this _8ⁱʰ_ day of _April_ , 20_14_. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff _Patrick Deese_
Inmate Number _10-A-3062_
Mailing address _Downstate Correctional Facility_
_Box F_
_Red Schoolhouse Road_
_Fishkill New York 12524-0445_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _8ⁱʰ_ day of _April_ , 20_14_, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Patrick Deese_

rev. 09/04

7



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

___ Civ. _____ ( __ ) ( __ )

**REQUEST TO PROCEED
*IN FORMA PAUPERIS***

FOX
_____
Dan Casey
_____
Nick Nantell
_____
Circle of Confusion            Dan Jinks
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Kenneth Eng _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security.  I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.    If you are presently employed:
         a) give the name and address of your employer
         b) state the amount of your earnings per month

_____

_____

2.    If you are NOT PRESENTLY EMPLOYED:
         a) state the date of start and termination of your last employment
         b) state your earnings per month
**YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

October 14, 2013 to December 20, 2013, earned about 2,600 per month _____

3.    Have you received, within the past twelve months, any money from any source?  If so, name the source and the amount of money you received.

SSD _____

     a) Are you receiving any public benefits?     ☐ No.    ☒ Yes, $525/mo_____.

     b) Do you receive any income from any other source?   ☒ No.    ☐ Yes, $_____.

MAY - 8 2014
PRO SE OFFICE

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.   ☒ Yes, $800_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.   ☐ Yes, $ _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.   ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

_____

_____

8. State any special financial circumstances which the Court should consider.

Seeking employment is difficult because of the fact that I am an Asian Supremacist.

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6_____ day of May_____, 2014____.
        *date*            *month*       *year*

_____
             *Signature*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

FOX
Dan Casey
Nick Nantell
Circle of Confusion      Dan Jinks
_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (___) (___)

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

I, Kenneth Eng _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.    If you are presently employed:
       a) give the name and address of your employer
       b) state the amount of your earnings per month

MAY - 8 2014

PRO SE OFFICE

_____

_____

2.    If you are NOT PRESENTLY EMPLOYED:
       a) state the date of start and termination of your last employment
       b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

October 14, 2013 to December 20, 2013, earned about 2,600 per month
_____

3.    Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

SSD
_____

a) Are you receiving any public benefits?     ☐ No.    ☒ Yes, $525/mo.

b) Do you receive any income from any other source?    ☒ No.    ☐ Yes, $_____.

*1*

4.  Do you have any money, including any money in a checking or savings account?  If so, how much?

    □  No.    ☒  Yes,  $800_____ .

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒  No.    □  Yes,  $ _____ .

6.  Do you pay for rent or for a mortgage?  If so, how much each month?

    □  No.    □  Yes,  _____ .

7.  List the person(s) that you pay money to support and the amount you pay each month.

    _____

    _____

8.  State any special financial circumstances which the Court should consider.

    Seeking employment is difficult because of the fact that I am an Asian Supremacist.____

    _____

    _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6_____ day of May_____ , 2014_____ .
      *date*               *month*        *year*

                        _____
                                       *Signature*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng
_____
4266 Saull Street
_____
Flushing, NY 11352
_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Dan Casey
_____
Nick Nantell
_____
Circle of Confusion
_____
FOX Group Legal
_____
Dan Jinks
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes   ☒ No

(check one)

MAY - 8 2014

PRO SE OFFICE

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name    Kenneth Eng _____
                 Street Address    4266 Saull Street _____
                 County, City    Flushing _____
                 State & Zip Code    NY 11355 _____
                 Telephone Number    917-573-9453 _____

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1        Name    Dan Casey _____
                       Street Address    2121 Avenue of the Stars, Suite 700 _____

*This is Fox's address as well*

*Rev. 05/2010*

County, City  LA

State & Zip Code  CA, 90067

Telephone Number  310 369 3713

Defendant No. 2      Name   Nick Nantell

Street Address  Same as above

County, City

State & Zip Code

Telephone Number

Defendant No. 3      Name   Dan Jinks

Street Address  Same as above

County, City

State & Zip Code

Telephone Number

Defendant No. 4      Name   Circle of Confusion

Street Address  Same as above

County, City

State & Zip Code

Telephone Number

## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions              ☐ Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

17 U.S. Code § 501

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

## III.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____
New York, Los Angeles

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
December 20, 2012

C.    Facts: _____
Dan Casey and Nick Nantell stole my script, The Theory of Everything. I am accusing them of acquiring my script from the Circle of Confusion, to whom I had submitted my writing in April 2009. Their script, which was originally a comic book, has been acquired by FOX, and is being produced. I have also seen a number of other films that involved the Circle of Confusion and have noticed striking similarities between their films and screenplays I had submitted to them. Their Theory of Everything is substantially similar to my Theory of Everything.

Dan Jinks is also involved in the production of the movie.

| What happened to you? |

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

I am seeking $5,000,000 in compensation from all parties.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6___ day of May_____, 20 14 .

Signature of Plaintiff        *Kenneth Eng*

Mailing Address        4266 Saull Street
_____

Flushing, NY 11355
_____

Telephone Number        917-573-9453
_____

Fax Number *(if you have one)*   _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number        _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Green
_____
(In the space above enter the full name(s) of the plaintiff(s) petitioner(s).)

-against-

City of New York
_____
(In the space above enter the full name(s) of the defendant(s) respondent(s).)

___ Civ. _____ (___) (___)

REQUEST TO PROCEED
IN FORMA PAUPERIS

1. I, Jonathan Green _____, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.      If you are presently employed:
           a) give the name and address of your employer
           b) state the amount of your earnings per month

NONE

N/A

MAY – 8 2014

PRO SE OFFICE

2       If you are NOT PRESENTLY EMPLOYED:
           a) state the date of start and termination of your last employment
           b) state your earnings per month
        YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

NYS Dept of Corr Services

3.      Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

NO

a) Are you receiving any public benefits?          ☒ No.      ☐ Yes, $

b) Do you receive any income from any other source?  ☒ No.      ☐ Yes, $

4.   Do you have any money, including any money in a checking or savings account? If so, how much?

☒ No          ☐ Yes. $

5.   Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No          ☐ Yes. $ _____

6.   Do you pay for rent or for a mortgage? If so, how much each month?

☒ No          ☐ Yes. _____

7.   List the person(s) that you pay money to support and the amount you pay each month.

Commissary, Postage, Barber Shop, Collect
phone calls, burden on family

8.   State any special financial circumstances which the Court should consider.

We lost our daughter due to this poison
Help us get closure.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  4  day of  April  2014
            date          month      year

Signature  Jonathan S_____



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

## PRISONER AUTHORIZATION

Case Name: <u>JONATHAN GREEN</u>            v. <u>City of New York</u>
           *(Enter the full name of the plaintiff(s))*        *(Enter the full name of the defendant(s))*

Docket No:  No _____ Civ _____ (    )
           *(Enter the docket number, if available. if filing this with your complaint, you will not have a docket number.)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

### SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, <u>JONATHAN Green</u>            *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.

<u>4 April</u>    20<u>14</u>
*Date signed*

<u>Jonathen Green</u>
*Signature of Plaintiff*

<u>875-14-00452</u>
*Prisoner I.D. Number*

<u>R.N.D.C. 74</u>
*Name of current facility*

*rev. 01/11*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Johnathan Greene
Chanda Paradise

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York
Commissioner of Correction
Mayor Bloomberg
John Doe Judge
Wells Fargo Bank
Charles Rangel

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

MAY - 8 2014

**PRO SE OFFICE**

**I.      Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff       Name   Johnathan Green / Chanda Paradise
                ID #   875 14 00452
                Current Institution   R.N.D.C 74
                Address   11-11 Hazen Street
                EAST Elmhurst, N.Y. 11370

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name   Mayor Bloomberg          Shield #_____
                   Where Currently Employed   Grace Mansion
                   Address   City Hall
                            N.Y. N.Y. 10007

*Rev. 05/2010*

1

Defendant No. 2    Name John Doe Judge                Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name Commissioner of Correction  Shield # _____
                   Where Currently Employed _____
                   Address 75-20 Astoria Blvd
                   East Elmhurst N.Y. 11370

Defendant No. 4    Name Charles Rangle                Shield # _____
                   Where Currently Employed _____
                   Address 163 W 125 street
                   N.Y. N.Y. 10027

Defendant No. 5    Name Wells Fargo Bank              Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In   what   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
      11-11 Hazen Street              R.N.D.c 74
      East Elmhurst N.Y. 11370

B.    Where   in   the   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
      everywhere on Rikers C74, C76, 95, H.D.M.
      housing, vist. room, Messhall, yard, going to
      court.

C.    What   date   and   approximate   time   did   the   events   giving   rise   to   your   claim(s)   occur?
      3/25/2014  9:00 AM

*Rev. 05/2010*                            2

D.    Facts: _____

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

Trouble Breathing, Nausea, VOMiting, memory loss
Hard of Hearing, Dizziness, and blurred
Vision, head aches,

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _✗_ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Rikers Island, R.N.D.C. 74, C76, C95

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_    No _____    Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _X_    Do Not Know _____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _X_    No _____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? R.N.D.c

1.  Which claim(s) in this complaint did you grieve? The effects of Methane Gases, Unknow Illness

2.  What was the result, if any? Grievance, Stated they refuse to look into this Matter.

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Sent a copy of grievance to legal Aid, prison right and U.S. District Court. Judge Baer.

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. The Housing area representative Chair
Men of Inmate counsel (mr Wingate)
Issue with the warden at R.N.D.c
and Chief of Department.

_____

_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount). Post Warnings in all areas and
occupancies for detainees In referance to
Methane gas poisoning. obtain independant
monitor to post levels of Methane gas in
detainees common areas.

Comper Suy    55,000,000,00        forseeable 20000000000

Pun,tive      165,000,000,00

Treble        110,000,000,00

And for Such other and further relief as Deemed Just
and proper.

VI.   Previous lawsuits:

On
these
claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

Yes ____ No ✗

Rev. 05/2010

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending? Yes ____ No ____

        If NO, give the approximate date of disposition _____

   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

| On other claims |

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

    Yes ____ No  X

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending? Yes ____ No ____

        If NO, give the approximate date of disposition _____

   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_Rev. 05/2010_

6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of April , 20 14

Signature of Plaintiff   Jonatha Green

Inmate Number   875 14 00452

Institution Address   11-11 Hazen Street

East Elmhurst, N.Y.

11370

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 11 day of April , 20 14 , I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Jonatha Green

Rev. 05/2010

7



United States District Court
SOUTHERN DISTRICT OF NEW YORK

# ATTENTION PRO SE LITIGANTS

new Electronic Case Filing (ECF) Rules 9.1 and 9.2, effective July 19, 2013,
regarding service of documents by filing on the ECF system

After you mail or deliver a document to the Pro Se Office for filing, the Clerk's Office staff will scan and docket it onto the court's ECF system. The ECF system will then notify by email all other parties who have lawyers that you have filed a document, and those parties will be able to get a copy of the document. This docketing on ECF is deemed to be service under Rule 5(b) of the Federal Rules of Civil Procedure. **Therefore, if your documents are docketed on ECF, you will not have to mail them to any other parties who have lawyers, and you will not have to attach an affirmation of service to those documents.**

So that your documents can be properly docketed on ECF, make sure that they are in the right format – they should have original signatures, a caption, and a title. The court provides form documents, including a form motion, for you to complete.

\*\*\*\*\*

New ECF Rules of the United States District Court
for the Southern District of New York

Effective July 19, 2013:

ECF Rule 9.1: In cases assigned to the ECF system, service is complete provided all parties receive a Notice of Electronic Filing (NEF), which is sent automatically by email from the Court (see the NEF for a list of who did/did not receive notice electronically). Transmission of the NEF constitutes service upon all Filing and Receiving Users who are listed as recipients of notice by electronic mail. It remains the duty of Filing and Receiving Users to maintain current contact information with the court and to regularly review the docket sheet of the case.

ECF Rule 9.2: Attorneys and *pro se* parties who are not Filing or Receiving Users must be served with a paper copy of any electronically filed pleading or other document. Service of such paper copy must be made according to the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules. Such paper service must be documented by electronically filing proof of service. Where the Clerk scans and electronically files pleadings and documents on behalf of a *pro se* party, the associated NEF constitutes service.

# FacTS

The deponenT has been IncarceraTe on Rikes Island for a NoTiced total of 29 years. This is From Several deTenTions of Record. The last detenTion was at a Combination, J.M.D.C c73, Am K.C c95 H.D.M. C-76 R.N.D.C 74 as well as the Tombs.

As I realize, from Reading and becoming Ill, My children mother (chanda Paradise work aT LaGuardia AirporT and the World Fair siTe, "which she work for years" she had experienced the Same illness. Dizziness, headaches, vomiting ECT..., And our Daughter (ClArra Greene) that was Born and Die 9½ months later of respirator failure, we were NOT aware of the exposure of this poisonous Gases. Until March 27, 2014.

There were NO "Right to know Laws in any of the Jails Nowe posTed.

The Death of my daughter was a Blow to me and My faTher, mother as well as My family. Such a young heath Body was expose to these poisonous Gases, was unfair EmoTional distress, Symdrone, Shock, Negligence and DeLiberate Indifferenee, Are experiencing by her early death. And Suffer everyday.