UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSEN GENCH, *doing business as* OnlineTutorForEnglish.com,<br><br>                      Plaintiff,<br><br>    - v-<br><br>HOSTGATOR.COM, LLC; ENOM INC.; LIQUID WEB INC.; WIRED TREE; SITEGAP.COM; SITEGAP.NET; and SITEGAP,<br><br>                      Defendants. | No. 14–CV–3592 (RA) (GWG)<br><br>**AFFIRMATION OF SERVICE** |

JOHN C. MOLLUZZO, JR., an attorney duly admitted to practice law in the State of New York affirms the following under penalties of perjury:

1.    I am an associate with Greenberg Traurig, LLP at 200 Park Avenue, New York, New York 10166, attorneys for Defendant eNom Inc. in the above-captioned action.

2.    On October 3, 2014, I served true and correct paper copies of the Reply Memorandum of Law in Support of eNom Inc.'s Motion to Dismiss, and decisions cited in these submissions that are unreported or reported exclusively on computerized databases on:

> Susen Gench d/b/a
> OnlineTutorForEnglish.Com
> 82-45 135 Street
> Jamaica, New York 11435-1334

by sending true and correct paper copies by overnight mail under the exclusive care and custody of the United Parcel Service. The Reply Memorandum of Law in Support of eNom Inc.'s Motion to Dismiss was also filed through the CM/ECF system and served via ECF on all other parties of record.

                                                                                     /s/ John C. Molluzzo Jr.

                                                                                     John C. Molluzzo Jr.