David Donahue (ddonahue@fzlz.com)
Emily Weiss (eweiss@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY  10017
Tel:  (212) 813-5900

Samuel J. Frederick (application for
admission *pro hac vice* to be filed)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
313 South Washington Square
Lansing, Michigan 48933
Tel: (517) 371-8103
Email: sfrederick@fosterswift.com

*Attorneys for Defendant Liquid Web Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUSEN GENCH, *doing business as* OnlineTutorForEnglish.com,<br><br>Plaintiff,<br><br>-against-<br><br>HOSTGATOR.COM, LLC; ENOM, INC.; LIQUID WEB INC.; WIRED TREE; SITEGAP.COM; SITEGAP.NET; SITE GAP,<br><br>Defendants. | Case No.  14 Civ. 03592 (RA)(GWG) |

**NOTICE OF DEFENDANT LIQUID WEB INC.'S
<u>MOTION TO SET ASIDE ENTRY OF DEFAULT</u>**

PLEASE TAKE NOTICE THAT Defendant Liquid Web Inc. ("Liquid Web"), by and

through its undersigned counsel, shall move this Court, before the Honorable Gabriel W.

Gorenstein, United States Magistrate Judge for the Southern District of New York, at Daniel

{F1618187.1 }

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, at such time as the Court may hereafter determine, to set aside the Clerk of Court's entry of default, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE THAT in support of its motion, Liquid Web shall rely upon the accompanying Memorandum in Support of Defendant Liquid Web Inc.'s Motion to Set Aside Entry of Default and the Declaration of Travis Stoliker in Support of Defendant Liquid Web Inc.'s Motion to Set Aside Entry of Default and Exhibit A attached thereto.

Pursuant to Local Civil Rule 6.1(b), any papers in response to this motion shall be due within fourteen days after service of this Notice, and Liquid Web's reply papers shall be due within seven days after service of the answering papers.

Dated: January 30, 2015  
       New York, NY

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____  
    David Donahue (ddonahue@fzlz.com)  
    Emily Weiss (eweiss@fzlz.com)  
866 United Nations Plaza  
New York, New York 10017  
Tel: (212) 813-5900

Of Counsel:

Samuel J. Frederick  
(application for admission *pro hac vice* to be filed)  
FOSTER SWIFT COLLINS & SMITH P.C.  
313 South Washington Square  
Lansing, Michigan 48933  
Tel: (517) 371-8103  
Email: sfrederick@fosterswift.com

*Attorneys for Defendant Liquid Web Inc.*