**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SUSEN GENCH, *doing business as* OnlineTutorForEnglish.com,

    Plaintiff,

-against-

HOSTGATOR.COM, LLC; ENOM, INC.; LIQUID WEB INC.; WIRED TREE; SITEGAP.COM; SITEGAP.NET; SITE GAP,

    Defendants.

Case No. 14 Civ. 03592 (RA)(GWG)

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused copies of the **Notice of Defendant Liquid Web Inc.'s Motion to Set Aside Entry of Default, Memorandum in Support of Defendant Liquid Web Inc.'s Motion to Set Aside Entry of Default and unreported cases cited therein pursuant to Local Civil Rule 7.2, and the Declaration of Travis Stoliker in Support of Defendant Liquid Web Inc.'s Motion to Set Aside Entry of Default** to be served on this 30th day of January, 2015 upon *pro se* Plaintiff, via U.S. mail, at:

    Susen Gench
    82-45 135th Street, Apt. 2J
    Kew Gardens, New York 11435

_____
Yuoseph Karzoan

{F1619883.1 }