```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 10 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SUSEN GENCH, *doing business as*
OnlineTuturForEnglish.com,

                      Plaintiff,

         -v-

HOSTGATOR.COM, LLC; ENOM INC.;
LIQUID WEB INC.; WIRED TREE;
SITEGAP.COM; SITEGAP.NET; SITE GAP,

                      Defendants.

-----------------------------------------------------------X

No. 14-cv-3592 (RA)

ORDER ADOPTING REPORT AND
RECOMMENDATION

RONNIE ABRAMS, United States District Judge:

    Proceeding *pro se*, Plaintiff Susan Gench brought this action alleging violations of federal trademark and copyright law, as well as New York's law against false advertising. Defendants HostGator.com LLC, Wired Tree, and eNom Inc. have moved to dismiss the Amended Complaint for failure to state a claim. Before the Court is Magistrate Judge Gorenstein's Report and Recommendation, dated February 11, 2015, recommending that the Court grant each of the motions. By separate Order issued on the same date, Judge Gorenstein ordered that Plaintiff's objections to the Report and Recommendation, if any, would be due by March 2, 2015. No objections have been filed.

    "Where no timely objection has been made . . . a district court need only find that there is no clear error on the face of the record in order to accept the Report and Recommendation." Pineda v. Masonry Const., Inc., 831 F. Supp. 2d 666, 670 (S.D.N.Y. 2011) (internal quotation marks omitted). The Court has reviewed the Report and Recommendation for clear error and found none. The Court therefore adopts the Report and Recommendation.

As stated in the Report and Recommendation, failure to timely object precludes appellate review of this decision. See, e.g., Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C., 596 F.3d 84, 92 (2d Cir. 2010).

The Clerk of Court is respectfully requested to close the motions pending at docket numbers 14, 22, 23, and 63.

SO ORDERED.

Dated:  March 10, 2015
        New York, New York

_____
Ronnie Abrams
United States District Judge